ORIGINAL                     555          ④

**FILED**

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name  Callegari    Carl              C
        (Last)      (First)         (Initial)

MAY 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Prisoner Number  E-42616

Institutional Address  Salinas Valley State Prison. P.O. Box 1050
Soledad, CA. 93960

==================================================================

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Carl Lee Callegari            CV 08    2420
(Enter the full name of the       Case No.
plaintiff in this action)         (To be provided by the clerk
                                  of court)

                vs.

CHARLES.D. LEE, M.D.          COMPLAINT UNDER THE CIVIL
Health Care Manager.          RIGHTS ACT, 42 U.S.C § 1983.
Warden Evans, Et Al.,
                              (✓) DEMAND FOR JURY TRIAL
                              (__) NO JURY TRIAL DEMAND
                                   (check one only)

(Enter the full name of the
defendant(s) in this action)

    All questions on this complaint form must be answered in order
for your action to proceed.

I.    Exhaustion of Administrative Remedies

    Note:  You must exhaust your administrative remedies before
your claim can go forward.  The court will dismiss any
unexhausted claims.

    A.    Place of present confinement  Salinas Valley State Prison

    B.    Is there a grievance procedure in this institution?
          YES (✓)     NO (  )



C.  Did you present the facts in your complaint for review
    through the grievance procedure?    YES ( ✓ )   NO ( )

D.  If your answer is YES, list the appeal number and the date
    and result of the appeal at each level of review.  If you
    did not pursue a certain level of appeal, explain why.

    1.  Informal appeal  Appeal number D-07-04844
ON Nov, 4, 07 i wrote the warden a appeal. informal level bypass.

    2.  First formal level  The First level was deny on
12-17-07

    3.  Second formal level  The second level was Partially
Granted  1-14-08

    4.  Third formal level  ON 1-20-08 i sent the 3rd level
Appeal to Chief of inmate Appeals they refuse to answer and today is 4-28-08

E.  Is the last level to which you appealed the highest level of
    appeal available to you?  YES ( ✓ )   NO ( )

F.  If you did not present your claim for review through the
    grievance procedure, explain why. _____

_____

II.  Parties

    Write your name and your present address.  Do the same for
    additional plaintiffs, if any.

    A. Carl Lee Callegari-E-42616-
Salinas Valley state Prison - P.O. Box 1050 - D-7-219 -
Soledad, Ca. 93960

    Write the full name of each defendant, his or her official
    position, and his or her place of employment.
                    Randolph, Navneet
    B. Doctors Gibbs, Adya, Rodriguez R; Bey Lovevasia, Bowman-
Robert, SID Rany, Cordero Reynal, Milanes. Anthony, K. Brannon,

2

Charles D. Lee and Nurses Mejias and Nurse practitioner
Tyler, all work here at salinas prison, the director James Tilton
works in Sacramento, CA. And C/O Jackie Hall
Also work here in salinas Prison.

III. Statement of Claim

State here as briefly as possible the facts of your case. Be
sure to describe how each defendant is involved and to include dates,
when possible. Do not give any legal arguments or cite any cases or
statutes. If you have more than one claim, each claim should be set
forth in a separate numbered paragraph.

In 2004 Doctor GIBBS told me Carl lee Callegari i had
Hepatitis, C, B, A, doctor Gibbs refuse to give me medical
Treatment. 9 months after i was found to have hepatitis, A, B, C,
I was suppose to get combination therapy, never had no treatment
for my hepatitis from doctor Gibbs! In 2005 while i was under
Doctor CORDERO medical care doctor CORDERO refuse to give
me medical treatment for my hepatitis! Also in 2005 while i was
under the care of doctor ADYA, doctor ADYA refuse to give
me treatment for my hepatitis! Also in 2005 Doctor milanes
Refuse to treatment me for my hepatitis while i was under
His medical care! Also while under the medical care of
Doctor Bey lovevasia in 2005 doctor Bey refuse to give me
Medical treatment for my hepatitis! In 2006 while under
The medical care of doctor SID, doctor sid refuse to give me
Medical treatment for my hepatitis also in 2008 while under
The medical care of doctor SID, doctor SID refuse to
Give me medical treatment for my hepatitis! Also in 2007
While under the medical care of both doctors Bowman and
Rodriques both doctors refuse to give me medical →

3

Treatment for my Hepatitis! in 2007 ~~~~~~
% Jackie Hall humilation of me by calling me dirty hepatitis
Boy and telling other %'s and inmates that i had hepatitis.
CONTINUE ON PAGE - 5

IV.  Relief

Your complaint cannot go forward unless you request specific
relief.  State briefly exactly what you want the court to do for you.
Make no legal arguments; cite no cases or statutes.

I ask the court for damages of each defendant's for 2 million
Dollars in Nominal, Compensatory, Punitive damages and
Punitive damages in the amount of 5 million dollars from
The director James tilton and Preliminary Injunction

DATED: 4-28-08        Carl lee Callegari
                      (Plaintiff's signature)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**VERIFICATION**
(optional)

I am the plaintiff in the above-entitled action.  I have read the
foregoing complaint and know the contents thereof.  The same is true
of my own knowledge, except as to those matters which are therein
alleged on information and belief, and as to those matters, I believe
it to be true.  I declare under penalty of perjury that the foregoing
is true and correct.

Dated: 4-28-08        Carl lee Callegari
                      (Plaintiff's signature)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**JURY TRIAL DEMAND**
(optional)

I demand a jury trial for all claims for which a jury trial is

Yes i demand a jury trial for all claims

(8)

ON NOV, 4, 07 i wrote WARDEN EVANS APPEAL ASKING the WARDEN to let me go to A outside doctor for A second opinion because i fear living with hepatitis, A, B, C, The informal level was bypass And NURSE MEJIAS Answer my APPEAL at the first level and said that there was NO HEPATITIS. C.' No History of Hepatitis. C found in my health Record.' This is the PART that the criminal acts starts ~~~~~~~~~~~~~~~~~~~~~

There is NO history of hepatitis, A, B, C, because the NURSES And doctors destroy the documents About the hepatitis A, B, C, so i request A second level/review Doctor K. BRANNON And NURSE practitioner Ms. D. Tyler Also join in on the ~~~~~~ COVER up.' doctor K. BRANNON And NURSE practitioner Ms. D. Tyler said they review my unit health record And there was no history of hepatitis "C" found..!' And they go on to say that A NEW test for hepatitis A, B, C, has been ordered.' This is criminal Activity by the doctors And NURSES And WARDEN EVANS for destroying documents of my hepatitis that was in my health records.' because i CARL LEE ALLEGARI have the documents About the hepatitis A, B, C, ON Jan, 20, 2008 i submit by mail requesting A 3rd level review from the director level.' the director level refuse to ANSWER my 3rd level APPEAL knowing that this is criminal Activity by the Doctors And NURSES.' not only did the director level know its criminal.' the director level refuse to stop the crime or to get me medical help.'

page - 5

Here your honor is the Appeal that I wrote and went to the second level at this prison and also here is my out Going Legal mail card Showing that I sent this appeal to the 3rd director level!

# EXHIBIT A _____



STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, __CARL LEE CALLEGARI__ declare under penalty of perjury that: I am the __APPELLANT__ in the above entitled action; I have read the foregoing document and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this __JAN__ day of __17__, 200__8__, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) __Carl Callegari__
DECLARANT/PRISONER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, __Carl Callegari__, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On __JAN, 17__, 200__8__, I served the foregoing: __3rd APPEAL RESPONSE - LOG NUMBER - SVSP-D-07-04844__

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

__Chief of Inmate Appeals__
__Department of Corrections__
__P.O. Box 942863__
__Sacramento, CA. 94283-0001__

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: __JAN, 17    2008__    __Carl Lee Callegari__
DECLARANT/PRISONER



. State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date: January 15, 2008

SVSP INMATE APPEALS OFFICE
RECEIVED COMPLETED RESPONSE ON

JAN 16 2008

1ST LVL ☐        2ND LVL ☑

To:      Inmate Callegari, E42616
         Salinas Valley State Prison

Subject: SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-D-07-04844

### ISSUE:

Appellant is claiming that he has been told that he has been diagnosed with Hepatitis A, B, and C and that he is entitled to an outside doctor's opinion.

Appellant requests on appeal that he be sent to "a doctor on the outside for a second opinion".

**INTERVIEWED BY**:  Registered Nurse S. Mejias on November 30, 2007..

**REGULATIONS**:  The rules governing this issue are:

> **California Code of Regulations, Title 15 Section:**
> 3350   Provision of Medical Care and Definition
> 3350.1 Medical Treatment/Service Exclusions
> 3354.1 Health Care Responsibilities and Limitations

### SUMMARY OF INVESTIGATION:

The First Level of Review (FLR) was completed on December 17, 2007.  Ms. D. Tyler, Nurse Practitioner, in collaboration with Dr. K. Brannon, Chief Physician and Surgeon (A), was assigned to investigate this appeal at the Second Level of Review (SLR).  All submitted documentation and supporting arguments have been considered.  Additionally, a thorough examination has been conducted regarding the claim presented, and evaluated in accordance with Salinas Valley State Prison (SVSP) Operational Procedures (OP); the California Code of Regulations (CCR); and the Departmental Operations Manual (DOM).

In the response at the FLR, the reviewer stated that the appellant's appeal had been denied.  CCR Title 15 Section 3354 states that "health care personnel not employed by the department are not authorized to order treatment for an inmate. Such persons may offer opinions and recommendations for consideration by department health care staff."  An inmate desiring to be "examined by a private physician, shall submit a written request to the institution head."  There is no indication that the appellant did so prior to submitting this appeal therefore his request was denied.  The appellant was requested to submit that written request to the institution head, and was asked to keep in mind, as stipulated in the Title

*(14)*

**Inmate Callegari, E42616**
**Case No. SVSP-D-07-04844**
**Page 2**

15, that the "costs of such private consultations or examinations shall be paid by the inmate or the person requesting the service." However, the appellant's unit health record was reviewed and there is no history of hepatitis C found. He was informed of this and verbalized understanding.

The appellant elevated his request to the SLR on December 20, 2007 stating that "this very same 602 is a written request to the Warden asking to be tested by a private doctor on the outside world! I swear in 2003 a doctor on C-yard told me that I have Hepatitis A, B, and C and the cops also told me the same. I would like to have a doctor on the outside test me!"

A thorough review of the appellant's Unit Health Record was conducted on January 14, 2008. The appellant's request is partially granted in that a new screening test for Hepatitis A, B, and C has been ordered and the appellant has been confirmed for an appointment with his Primary Care Provider to discuss the results in approximately six (6) weeks. The labs are processed and reported from an outside independent community laboratory. The appellant was also provided with information sheets on Hepatitis A, B, and C and was told that he may discuss any questions/concerns he may have about his status at the follow-up appointment.

**DECISION**: The appeal is Partially Granted.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

CHARLES D. LEE, M.D.
Health Care Manager
Salinas Valley State Prison

# INMATE APPEAL ROUTE SLIP

**To: CTC** / Dr Benson                          Date: December 21, 2007

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-D-07-04844**  By Inmate <u>CALLEGARI</u>, <u>E42616</u>

Please assign this appeal to appropriate staff for **SECOND** level response.

Appeal Issue:  MEDICAL

                          Due Date:  **01/23/2008**

Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level.
Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or
WITHDRAWN. When complete, return to Appeals Office. Appeals that are
incomplete will be returned to the responding staff for appropriate completion.
Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison



# INMATE APPEAL ROUTE SLIP

**To: CTC**                                          Date: November 6, 2007

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-D-07-04844**  By Inmate **CALLEGARI,
E42616**

Please assign this appeal to appropriate staff for **FIRST** level response.

Appeal Issue:  MEDICAL

                                                Due Date: **12/20/2007**

Special Needs:


STAFF INSTRUCTIONS:  **Per Director's Rule 3084.5(f) (2) first level
appeal review requires a personal interview with the inmate unless
the appeal is granted**.  This policy is not within the institution's jurisdiction
and cannot be waived.  Director's Rule 3084.5(f) (3) provides that a telephonic
interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or
WITHDRAWN.  When complete, return appeal to the Appeals Office.  All first
level appeals require signature of the Division Head.  Appeals that are incomplete
will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.



T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison



SVSP INMATE APPEALS OFFICE
RECEIVED COMPLETED RESPONSE ON

DEC 17 2007

1ST LVL ✗    2ND LVL ☐



2nd

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## INMATE/PAROLEE
## APPEAL FORM
CDC 602 (12/87)

Location: **D7**

Institution/Parole Region
1. **SVSP d**
2.

Log No.
1. **07-04844**
2.

Category **8**

**CTC  HK**

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

*disagree w/ doctor @ hcp*

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| CALLEGARI | E-42616 | | D-7-219 |

A. Describe Problem: Almost 4 and half years ago a doctor at this prison told me that "i had Hepatitis A,B, and C, $3354. Health care Responsibilitiese and Limitations." i can write you and ask for a outside doctor opinion!

If you need more space, attach one additional sheet.

B. Action Requested: Due to the fact that i live in fear living with Hepatitis A,B,C, i ask you Warden Evans to let me go to a doctor on the outside for a SECOND opinion!

RECEIVED DEC 21 2007

Inmate/Parolee Signature: *Callegari*    RECEIVED NOV 05 2007    Date Submitted: Nov, 4, 07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: 

**BYPASS**

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

SVSP- D-07.04844 ( Callegari )

| First Level | ☐ Granted | ☐ P. Granted | ☑ Denied | ☐ Other |
|---|---|---|---|---|

**E. REVIEWER'S ACTION** (Complete within 15 working days): Date assigned: 11-6-07   Due Date: 12-20-07

Interviewed by: RN S. Mejias on 11/30/07.    Denied. CCR Title 15 Section 3354 states that health care personnel not employed by the department are not authorized to order treatment for an inmate. Such persons may offer opinions and recommendations for consideration by department health care staff." An inmate desiring to be "examined by a private physician, shall submit a written request to the institution head." There is no indication that you did so prior to submitting this appeal therefore your request is denied at this time.  therefore your request is denied at this time. You are requested to submit that written request to the institution head. Please keep in mind, as stipulated in the Title 15, that the "costs of such private consultations or examinations shall be paid by the inmate or the person requesting the service." However, your unit health record was reviewed and there is no history of hepatitis C found. You were informed of this and you verbalized understanding.

Staff Signature: _[signature]_    Title: RN    Date Completed: 12/12/07

Division Head Approved:

Signature: _[signature]_    Title: SRN24    Date Returned to Inmate: RETD DEC 1 8 2007

**F.** If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

This very same 602 is a written request to the warden asking to be tested By a private doctor on the outside world. i swear in 2003 a doctor on C-yard told me that i have hepatitis A,B,C, And the cops also told me the same. i would like to have a doctor on the outside test me.

Signature: Carl Callegari    RECEIVED DEC 21 2007    Date Submitted: 12-20-07

| Second Level | ☐ Granted | ☑ P. Granted | ☐ Denied | ☐ Other |
|---|---|---|---|---|

_SVSP MEDICAL APPEALS DEC 21 2007 RECEIVED_

**G. REVIEWER'S ACTION** (Complete within 10 working days): Date assigned: 12.21.07   Due Date: 1-23-08

☑ See Attached Letter

Signature: _[signature]_ ANP _[signature]_    Date Completed: 1/14/08

_[signature]_ Superintendent Signature    Date Returned to Inmate: RETD JAN 14 2008

**H.** If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response. What happen to the medical records of this Hepatitis? Once again i ask for a outside doctor to test me. Doctor Adya And Gibbs Doctor And doctor Todd All told me that i had Hepatitis A,B,C but never give me treatment. Also each Psych Doctors williams And tobin Also told me that i had hepatitis And so Jackie Hall humilation me alot of times telling me i had Hepatitis. i do not trust the medical staff - Next Page

Signature: Carl Callegari    Date Submitted: Jan,17,08

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

**DIRECTOR'S ACTION:** ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

Also Doctor Rodriquez told me

I had Hepatitis but never gave me medical treatment and doctor Bowman Told me that i had hepatitis but never gave me medical treatment. My witness to the fact that i was Told i had hepatitis is ~~[scribbled out]~~ Psych doctors williams and tobin and Doctor Rodriquez which is a medical Doctor on c-yard they will tell The truth. And i would like to know How did c/o Jackie Hall know that i Had hepatitis? How did c/o Jackie Hall Get this information? from what doctor? And what happen to the medical records of my hepatitis that these doctors said i Have?? And also doctor SID knew about this Hepatitis!




| DATE | CDC# | NAME | ADDRESSEE |
|---|---|---|---|
| 9/21/07 | E42616 | CALLEGARI | USDC, CLERK  SAC CA 95814 |
| 9/24/07 | E42616 | CALLEGARI | F.B.I., LOS ANGELES, CA. 90024 |
| 10/16/07 | E42616 | CALLEGARI | U.S.C.APPEALS, 9TH CIRCUIT, SAN FRAN., CA. 94119 |
| 11/26/07 | E42616 | CALLEGARI | ASSOC. WARDEN-LEWIS, SOLEDAD, CA. 93960 |
| 1/22/08 | E42616 | CALLEGARI | CHIEF, INMATE APPEALS; SACTO, CA 94283 |
| 1/28/08 | E42616 | CALLEGARI | U.S.D.C.EAST. DIST. OF CA., SAC., CA. 95814 |

20

Here your Honor is Documents
of the HEPATITIS

# EXHIBIT  B

# LABORATORY REPORT



**FOUNDATION LABORATORY**
620 S. Glendora Ave.
Glendora, CA 91740
(626) 914-3838 • Fax (626) 963-4470
**M.Y. NASIR, M.D., LAB DIRECTOR**
**ALLEN JAY M.D., LAB DIRECTOR**

SALINAS VALLEY STATE PRISON
31625 HWY 101
SOLEDAD, CA 93960
CONTRACT# SV03011,

| PATIENT NAME | | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|---|
| Callegari, E42616 | | | | M | E42616 | 542851 |

| DRAWN DATE | RECEIVED DATE | TIME | REPORT DATE | TIME | PHYSICIAN |
|---|---|---|---|---|---|
| 4/05/04 | 4/05/04 | | 4/08/04 | 9:04 | GIBBS,MD(SVSP) |

PAGE 1

FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| C8 226 | | | | |
| SECOND COPY TO LINDA ANDREWS, LVN | | | | |
| | | | | |
| LIPID STUDIES | | | | |
| CHOLESTEROL,SER | 209 H | | mg/dL | 100-200 |
|     DESIRABLE VALUE: | | <200.0 MG/DL | | |
|     BORDERLINE RISK: | | 200.0-239.0 MG/DL | | |
|     HIGH RISK: | | >240.0 MG/DL | | |
| | | | | |
| TRIGLYCERIDES | | 121 | mg/dL | 35-160 |
| HDL CHOLESTEROL | | 51.2 | mg/dL | |
|     DESIRABLE VALUE: | | >35.0 MG/DL | | |
|     NEGATIVE RISK FACTOR: | | >60.0 MG/DL | | |
| CHOLESTEROL/HDL | | 4.08 | Ratio | 3.0-4.8 |
| LDL,SERUM (CALC) | | 134 | mg/dL | |
|     DESIRABLE VALUE: | | <130.0 MG/DL | | |
|     BORDERLINE: | | 130-159 MG/DL | | |
|     HIGH: | | >160 MG/DL | | |
| VLDL | | 24 | mg/dL | 0-40 |
| CARDIAC RISK | 2.61 L | | Ratio | 3.03-5.37 |
| | | | | |
| HEPATITIS SCREEN | | | | |
| HBsAg | | NEGATIVE | | NEGATIVE |
| HAV IgM | | NEGATIVE | | NEGATIVE |
| HBsAB | | POSITIVE | | NEGATIVE |
| HEPATITIS C AB | | POSITIVE | | NEGATIVE |
|     NO ANSWER FAXED 04/06/2004 @ 1344. ...LD | | | | |
| HBc AB, IgM | | NEGATIVE | | NEGATIVE |
|     HBc ANTIBODY IgM IS PRESENT IN HIGH TITERS DURING THE ACUTE PHASE | | | | |
|     OF HEPATITIS B INFECTION. THE PRESENCE OF HIGH TITERS OF HBc-AB IgM | | | | |
|     IS CONSIDERED THE BEST MARKER OF PRIMARY ACUTE HBV INFECTION. | | | | |
| HBc TOTAL | | POSITIVE | | NEGATIVE |
| HAV A AB TOTAL | | POSITIVE | | NEGATIVE |

Signature: _____

# LABORATORY REPORT



**FOUNDATION LABORATORY**
620 S. Glendora Ave.
Glendora, CA 91740
(626) 914-3838 • Fax (626) 963-4470
M.Y. NASIR, M.D., LAB DIRECTOR
ALLEN JAY M.D., LAB DIRECTOR

SALINAS VALLEY STATE PRISON
31625 HWY 101
SOLEDAD, CA 93960
CONTRACT# SV03011,

| PATIENT NAME | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Callegari, E42616 | | | M | E42616 | 555231 |

| DRAWN DATE | RECEIVED DATE | TIME | REPORT DATE | TIME | PHYSICIAN |
|---|---|---|---|---|---|
| 5/03/04 | 5/03/04 | 23:21 | 5/11/04 | 14:14 | GIBBS,MD(SVSP) |

PAGE 1    6:30                                                      FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|

```
       C8 226

MOLECULAR TYPING
HCV RNA QT(bDNA)           588,320 H              IU/mL           <615
       THE LINEARITY OF THIS ASSAY IS BETWEEN 615 IU/ML (3200 HCV RNA
       COPIES/ML) AND 7,600,000 IU/ML (40,000,000 HCV RNA COPIES/ML)
       RESULTS OF LESS THAN 615 IU/ML INDICATE HCV VIRAL ASSAY IS BELOW
       THE LEVEL OF DETECTION FOR THIS ASSAY.  THIS ASSAY IS INTENDED FOR
       RESEARCH ONLY AND NOT TO BE USED FOR DIAGNOSTIC PURPOSES.
       METHOD: BAYER HCV RNA 3.0 ASSAY (bDNA)
HCV RNA GENO, LI              GENOTYPE 1b
       INNO-LiPA (TM) CANNOT DISCRIMINATE BETWEEN SUBTYPE 2a AND 2c OR
       BETWEEN 4c AND 4d.


       THIS TEST WAS DEVELOPED AND ITS PERFORMANCE CHARACTERISTICS
       DETERMINED BY QUEST DIAGNOSTICS NICHOLS INSTITUTE. IT HAS NOT BEEN
       CLEARED OR APPROVED BY THE US FDA. THE FDA HAS DETERMINED THAT SUCH
       CLEARANCE OR APPROVAL IS NOT NECESSARY. PERFORMANCE CHARACTERISTICS
       REFER TO THE ANALYTICAL PERFORMANCE OF THE TEST.


       NICHOLS INSTITUTE 33608 ORTEGA HWY, SAN JUAN CAPISTRANO,CA 962690
```

11 MAY '04 PM 2:40

*Randolf Gibbs, M.D.*
*Salinas Valley State Prison*

Signature: _R Gibbs_
_5/12/04_

## LABORATORY REPORT

 **FOUNDATION LABORATORY**
1716 West Holt Ave.
Pomona, CA 91768
(909) 623-9301 • Fax (909) 623-9306
**M.Y. NASIR, M.D., LAB DIRECTOR**
**ALLEN JAY M.D., LAB DIRECTOR**



SALINAS VALLEY STATE PRISON
31625 HWY 101
SOLEDAD, CA 93960
CONTRACT# SV03011,

| PATIENT NAME | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Callegari, E42616 | | | M | E42616 | 732688 |

| DRAWN DATE | RECEIVED DATE | TIME | REPORT DATE | TIME | PHYSICIAN |
|---|---|---|---|---|---|
| 4/06/05 | 4/06/05 | 23:45 | 4/12/05 | 13:11 | LEVINE,MD(SVSP) |

| PAGE 1 | | FINAL |
|---|---|---|

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| D6 118 | | ——— | | |

MOLECULAR TYPING
HCV RNA QT(bDNA)          1324080 H                    IU/mL              <615
THE LINEARITY OF THIS ASSAY IS BETWEEN 615 IU/ML (3200 HCV RNA
COPIES/ML) AND 7,600,000 IU/ML (40,000,000 HCV RNA COPIES/ML)
RESULTS OF LESS THAN 615 IU/ML INDICATE HCV VIRAL ASSAY IS BELOW
THE LEVEL OF DETECTION FOR THIS ASSAY.  THIS ASSAY IS INTENDED FOR
RESEARCH ONLY AND NOT TO BE USED FOR DIAGNOSTIC PURPOSES.
METHOD: BAYER HCV RNA 3.0 ASSAY (bDNA)

12 APR '05 PM 2:05

L Bey, NP 4/14/200 —

Signature:_____

List Chronic Diseases:

| (1) CV    HTN | (2) HEPLLG (+ (A+ B+) | (3) Mood Bipolar (anger D |
|---|---|---|

HISTORY: (Attach a progress note form, if needed, to provide a more complete history.)
Current medications (if no pharmacy profile attached) and adherence since last visit: _____
_____ SEE CHATER  R. MR _____

_____

C. M. OthanRN
RN SIGNATURE

Complaints/Problems: (Discuss in space provided)

CV / Hypertension: Chest Pain: ☐ Yes ☐ No    SOB: ☐ Yes ☐ No

Asthma: # attacks since last visit? _____

  # short acting beta agonist canisters in last month: _____

  # visits to ETA for asthma since last visit: _____

  # times awakening with asthma symptoms per week: _____

Additional History: _____

Diabetes Mellitus: # of hypoglycemic reactions since last visit: _____

Seizure Disorder: # seizures since last visit: _____

Discussion: _____

CCP compliance (e.g. diet, exercise, medications): _____

EXAM: HEENT/Neck: _____    Rectal: _____

Heart: _____    Neurological: _____

Lungs: _____    Other (specify): _____

Abdomen: _____

Extremities/Pulses: _____

Comments on BP or Glucose Monitoring:

ASSESSMENT: Diagnoses

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

PLAN:

Medications: _____

Diagnostics: _____

Labs: _____

Monitoring: ☐ BP / Frequency: _____    ☐ Glucose / Frequency: _____    ☐ Peak flow    ☐ Other: _____
  (____ X day / week / month)    (____ X day / week / month)

Education provided: ☐ Nutrition    ☐ Exercise    ☐ Smoking    ☐ Test Results    ☐ Medication Management
☐ Other (specify): _____

Referral: ☐ Specialist (indicate type): _____    ☐ Other Chronic Care Program

Interval to next visit: ☐ 90 Days    ☐ 30 Days    ☐ Other _____ Days    ☐ Discharge from CCP (specify):

PROVIDER SIGNATURE

DATE 6-30-04

INSTITUTION    SVSP

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

5 42616
Callogari Carl

## CHRONIC CARE
## FOLLOW-UP VISIT

C 7402 (03/03)
E. OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| DATE | TIME | PROB # | *Ad Seg  43.40 BM,* |
|------|------|--------|---------------------|
| 8/23/2004 | 0935 | | **S:** (history includes details pertinent to the patient's medical complaint) *H/o of venalis, abrasion, bullygove* |
| *Lab Work 5/3/04* | | | ① *Requests refill of R nes* |
| *HCV RNA 588 X10⁵* | | | ② *Hepatitis C + genotype 16 (B+ A+)* |
| *EV RNA genotype 16* | | | |
| *H's u/u  Alt 59* | | | |
| *Hepatitis A+ B+ C+* | | | *Riperdan D/ Adg D. Anger & Hostile Outbursts* |
| | | | **O:** (physical assessment) T: 97² P: 92 R: 20 B/P: 131/86 Wt: 195 |
| | | | *un WN, A&O  VS WNL  A&O x 3  Ambulate well* |
| | | | *Address MD & RN in hostile, angry voice demanding his R's etc.* |
| | | | *Discussion, peaceful therefore dismissed until i can* |
| | | | *return & coop of health programs* |
| | | | |
| | | | |
| | | | **A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | *Constipation   Dysfunction* |
| | | | *Hepatitis C +* |
| | | | *N/o of uncoop, w/ tasks, & keys, consul tolerant referral* |
| | | | **P:** (MTA – referral to a higher licensure for prioritization and evaluation.) |
| | | | (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | *Melamine & MOM* |
| | | | *Refer to Hepatitis Eval Program list prob defer, dr to Resch Prov* |
| | | | *med line 90 d.* |
| | | | **E:** (education provided) *Problem discussion* |
| | | | *J. Roleth RN* |

| INSTITUTION | Salinas Valley State Prison | ROOM / WING | FDB1T2000000207L |
|-------------|----------------------------|-------------|------------------|

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME. (LAST, FIRST, MI)

E42616
CALLEGARI, CARL
11/14/1960

CDC 7254 (8/89)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

26

| DATE | TIME | PROB# | |
|------|------|-------|---|
| 4/21/2004 | | | **S:** (history includes details pertinent to the patient's medical complaint) |
| | | | *Fll lah [illegible]* |
| | | | |
| | | | |
| | | | |
| | | | **O:** (physical assessment) T: 97.8 P: 84 R: 18 B/P: 120/82 Wt: |
| | | | 97% O2 |
| | | | *[illegible] Heparin ABC* |
| | | | *[illegible] labs Bat* |
| | | | *— [illegible]* |
| | | | *[illegible]* |
| | | | |
| | | | **A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | ① *Heparin ABC* |
| | | | |
| | | | **P:** (MTA – referral to a higher licensure for prioritization and evaluation.) (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | ① *Monitor Air* |
| | | | ① *[illegible] Heparin* |
| | | | ③ *[illegible]* |
| | | | **E:** (education provided) |
| | | | *[signature]* |

| INSTITUTION | | ROOM / WING | FCB8T2000000226L |
|---|---|---|---|

| OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES | CDC NUMBER, NAME, (LAST, FIRST, MI) |
|---|---|
| | E42616 |
| | CALLEGARI, CARL |
| | 11/14/1960 |

CDC 7254 (8/89)

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| Institution: **SVSP** | Clinician: **M. Williams, Ph.D.** | **L. Tobin, Ph.D.** | Date: 4/2/07 |

**II. HISTORY** (Continued)

**H. Medical History:**

☐ None reported or documented

☑ Significant head trauma    Mult, denies sig LOC

☐ Coma / Loss of Consciousness

☐ Seizures

☑ Other Relevant Medical Problems:

HTN, HEP A, B + C?

Hep C most recent in med chart.

**I. Mental Health History:**    1st MH tx - as child 2° Dx probs 1x only.

☐ None reported or documented

☐ Outpatient Care:

☑ Inpatient Care: MHCB referrals x 2 in Oct/Nov 2006 2° gestures.

☑ While Incarcerated: YA 1st - Ritalin, next MH in Pelican-Bay '96 2° stu term
Depakote given. EOP '99 until 2000 otherwise 3cms.

☑ At Parole Outpatient Clinic: Declined tx b/c perceived tgist was transsexual.

☑ Psychotropic Medication in last two years: NO

☑ Substance Abuse History:

| Substance Used: | Age of onset: | Frequency of use: | Duration of use: |
|---|---|---|---|
| ETOH | 11 y/o | daily @ worst | Cont intermittently |
| Cocaine | 17 y/o | 3x/wk" " | " " stopped when incarc. |

☑ Other information: SIB began p̄ saw documentary on "cutters" who harm
selves to relieve tension. 2 yrs ago. Hasn't found tx to relieve tension,
appears to utilize for 2ndary gain (get back to EOP).

**J. Psychotropic Medication:**

☐ None

☐ Current Psychotropic Medications: **See Page 1**

☑ Past Psychotropic Medications and Outcomes: Mult meds tried, nothing helpful
Last x in 90's

MENTAL HEALTH EVALUATION
CDCR 7386 (Rev. 06/06)
Confidential Client/Patient Information
Page 5 of 14

| Last Name: | First Name: |
|---|---|
| Callegari, Carl | |
| CDC #: | DOB: |
| E47666 | 11/14/60 |

State of California    Department of Corrections and Rehabilitation

| DATE | TIME | PROB # | |
|---|---|---|---|
| 5/21/2004 | | | **S:** (history includes details pertinent to the patient's medical complaint) |
| | | | |
| | | | |
| | | | |
| Randolf Gibbs, M.D. | | | **O:** (physical assessment) T: 97.8 P: 78 R: 17 B/P: 127/76 Wt: |
| Salinas Valley State Prison | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | **A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | |
| | | | **P:** (MTA – referral to a higher licensure for prioritization and evaluation.) (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | |
| | | | |
| | | | |
| | | | **E:** (education provided) |

| INSTITUTION | Salinas Valley State Prison | ROOM / WING | FCB8T2000000226L |
|---|---|---|---|

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

E42616
CALLEGARI, CARL
11/14/1960

CDC 7254 (8/89)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

List Chronic Diseases:

| (1) HTN | (2) Hep C | (3) |
|---------|-----------|-----|

**HISTORY:** (Attach a progress note form, if needed, to provide a more complete history.)

Current medications (*if no pharmacy profile attached*) and adherence since last visit: _____

RN SIGNATURE

**Complaints/Problems:** (Discuss in space provided)

CV / Hypertension: Chest Pain: ☐ Yes ☑ No    SOB: ☐ Yes ☑ No    Diabetes Mellitus: # of hypoglycemic reactions since last visit: ____

Asthma: # attacks since last visit? ____    Seizure Disorder: # seizures since last visit: ____

# short acting beta agonist canisters in last month: ____    Discussion: ____

# visits to ETA for asthma since last visit: ____

# times awakening with asthma symptoms per week: ____

Additional History: Claims he is getting his meds now - protodem?

**CCP compliance** (e.g. diet, exercise, medications): yes

**EXAM: HEENT/Neck:** Ø Pallor/Icterm    Rectal:

Heart: RRR, S1S2 nl    Neurological: ✓ deferred

Lungs: CTAB/V    Other (specify): No Face skin this new?
140/02, 136/78, 140/02

Abdomen: Soft, ND, NT, (+) BS    Comments on BP or Glucose Monitoring: 128/84
115/77, 99°, 83, 202202

Extremities/Pulses: Ø C/C/E D/P (+)

**ASSESSMENT: Diagnoses**

HTN

2. Hep C (+) VL
   LFT (+)

3.

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| HTN | ☑ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Hep C | ☐ | ☐ | ☐ | ☑ | ☑ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**PLAN:**

Medications: Continue current meds.

Diagnostics:

Labs: (P) (Requested 5/2/05)

Monitoring: ☑ BP / Frequency: ____ X day / week / (month)    ☐ Glucose / Frequency: ____ X day / week / month    ☐ Peak flow    ☐ Other:

Education provided: ☐ Nutrition  ☑ Exercise  ☐ Smoking  ☐ Test Results  ☑ Medication Management
☐ Other (specify): wt Reduction

Referral: ☐ Specialist (indicate type): ____    ☐ Other Chronic Care Program

Interval to next visit: ☑ 90 Days    ☐ 30 Days    ☐ Other ____ Days    ☐ Discharge from CCP (specify):

PROVIDER SIGNATURE ____ DATE 5/27/15    INSTITUTION SVSP

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
E 42616
CALLEGARI, C
11-14-60

**CHRONIC CARE FOLLOW-UP VISIT**

CDC 7402 (03/03)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

30

List Chronic Diseases:

HTN                    HepC.

HISTORY: (attach a progress note form, if needed, to provide a more complete history)
(current medications (if no pharmacy profile attached) and adherence since last visit:)

_____
_____
_____

Complaint/Problem: (Discuss in space provided)

□ Hypertension. Chest Pain: □ Yes ☑ No     SOB: □ Yes ☑ No

Asthma: # attacks since last visit?

RN SIGNATURE

Diabetes Mellitus: # of hypoglycemic reactions since last visit:

# short acting beta agonist canisters in last month:

Seizure Disorder: # seizures since last visit:

# visits to E.R for asthma since last visit:

Discussion:

# night awakening with asthma symptoms per week:

Additional History:

① Seborrhea
② Chronic constipation

CCP compliance (e.g. diet, exercise, medication):    Yes

EXAM: HEENT/Neck: PERLA, Ø Bruit, ClOD     Rectal: deferred
Heart: Ø TM& Ø JVD                          Neurological: intact
       RRR, S1S2 nl, Ø m/r/g                Other (specify):        ① Seborrhea    scalp
Lungs: CTA b/l Ø Q/w/R                                              3/17 168/96  3/22 166/9c
Abdomen: Soft, ND, NT, ⊕ BS ⊕HSm
Extremities/Pulses: Ø C/C/E  DP⊕            ⊕ onychomycosis big toe
                                            nail

ASSESSMENT: Diagnoses

HTN,

HepC, immune to R&A.
        ALT < 2xnl

Comments on BP or Glucose Monitoring:
97-2? 92, 18, 135/85, 200

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| | ☒ | □ | □ | □ | □ | ☒ | □ | □ |
| | □ | □ | □ | □ | □ | □ | □ | □ |
| | □ | □ | □ | □ | □ | □ | □ | □ |

PLAN:
Medications:    Same + ~~cont~~ Diltiazem  given BP elevated last 2
                                            occasions
Diagnostics:
Labs:  CBC/SmA25/ lipids/ UA      EKG
Monitoring:  BP / Frequency: ___ X day (week / month) ① X 8. □ Glucose / Frequency: ___ X day / week / month     □ Peak flow  □ Other:

Education provided: □ Nutrition  □ Exercise  □ Smoking  □ Test Results  ☑ Medication Management
☑ Other (specify): HepC  /  Toe nail fungus.

Referral: □ Specialist (indicate type):
                                        □ Other Chronic Care Program

Interval to next visit: □ 90 Days    □ 30 Days    ☑ Other 60 Days    □ Discharge from CCP
                                                                        (next PCP)

PROVIDER SIGNATURE: [signature] ADM   DATE 3/23/05
        SVCP.

CDC NUMBER, NAME (LAST, FIRST, M.I.) AND DATE OF BIRTH

E 42616
CALLEGARI, Carl
11/14/60.

## CHRONIC CARE
## FOLLOW-UP VISIT

List Chronic Diseases:
(1) HTN   (2) Heart   (3)

HISTORY: (Attach a progress note form, if needed, to provide a more complete history):  IM reports getting meds ok
Current medications (if no pharmacy profile attached) and adherence since last visit: + no problem.

_RN SIGNATURE_ LVN

Complaints/Problems: (Discuss in space provided)
CV / Hypertension: Chest Pain: ☐ Yes ☐ No     SOB: ☐ Yes ☐ No

Diabetes Mellitus: # of hypoglycemic reactions since last visit _____

Asthma: # attacks since last visit? _____
        # short acting beta agonist canisters in last month: _____
        # visits to eta for asthma since last visit: _____
        # times awakening with asthma symptoms per week: _____

Seizure Disorder: # seizures since last visit: _____
Discussion: _____

Additional History: pt pulmonary spur ha → CC was 9/20/07

CCP compliance (e.g. diet, exercise, medications): good ✓

EXAM: HEENT/Neck: NAD, Eyes ___       Rectal:

Heart: RRR                             Neurological: Casually intact & agent.
Lungs: Bil CTA                         Other (specify):
Abdomen: ⊕ BS
Extremities/Pulses: ⊕ PP

Comments on BP or Glucose Monitoring:
222/#, 99.7, 83, 16   134/82

ASSESSMENT: Diagnoses

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1  HTN | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | | | | | | | |

PLAN:
Medications: F/U CC in 90 days as previously scheduled

Diagnostics:

Labs:

Monitoring: ☐ BP/Frequency: _____     ☐ Glucose / Frequency: _____     ☐ Peak flow     ☐ Other:
            (____ X day / week / month)    (____ X day / week / month)

Education provided: ☐ Nutrition     ☐ Exercise     ☐ Smoking     ☐ Test Results     ☐ Medication Management
☐ Other (specify):

Referral: ☐ Specialist (indicate type) _____     ☐ Other Chronic Care Program
Interval to next visit: ☐ 90 Days     ☐ 30 Days     ☐ Other _____ ☐ Days     ☐ Discharge from CCP (specify)

| PROVIDER SIGNATURE | DATE 10/4/07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| INSTITUTION    SVSP | | E42416  Carlequi, Carl |

## CHRONIC CARE
## FOLLOW-UP VISIT

CDC 7402 (03/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

List Chronic Diseases:

| (1) | (2) | (3) |
|---|---|---|
| HTH | Hep C - | |

HISTORY: (Attach a progress note form, if needed, to provide a more complete history.)
Current medications (if no pharmacy profile attached) and adherence since last visit: _____

Complaints/Problems: (Discuss in space provided)                                    RN SIGNATURE _____
CV / Hypertension: Chest Pain:☐ Yes ☐No    SOB: ☐ Yes ☑No    Diabetes Mellitus : # of hypoglycemic reactions since last visit _____

Asthma: # attacks since last visit?                _____    Seizure Disorder:  # seizures since last  visit: _____
   # short acting beta agonist canisters in last month: _____    Discussion: _____
   # visits to eta for asthma since last visit:          _____    _____
   # times awakening with asthma symptoms per week: _____    _____

Additional History: ØFH CAP                                                _____

CCP compliance (e.g. diet, exercise, medications): _____

EXAM: HEENT/Neck: NAD - Conthym              Rectal: _____
Heart: RRR                                Neurological: Grossly intact Ox4 menter
Lungs: B/L CTA                            Other (specify): _____
Abdomen: ⊕BS
Extremities/Pulses: ⊕ DP⊕    | Comments on BP or Glucose Monitoring: |
|---|
| T 99⁷  R 16  B/p 14/90  P90  Wt 21 |

ASSESSMENT: Diagnoses

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1  HTN | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 2  Hep C - | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

PLAN:
Medications: ↓ dwyer meds

Diagnostics: _____

Labs: _____

Monitoring: ☐ BP/Frequency:          ☐ Glucose / Frequency:        ☐ Peak flow    ☐ Other:
   (____ X day / week / month)    (____ X day / week / month)
Education provided: ☐ Nutrition        ☐ Exercise      ☐ Smoking    ☐ Test Results    ☐ Medication Management
   ☐ Other (specify): _____
Referral: ☐ Specialist (indicate type)                    ☐ Other Chronic Care Program
Interval to next visit: ☑ 90 Days   ☐ 30 Days   ☐ Other _____ Days   ☐ Discharge from CCP
                                                                (specify)

PROVIDER SIGNATURE _____    DATE 9/20/07    CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

INSTITUTION  SVSC                                E4 _ _ _ _
                                                Coleman, Carl

# CHRONIC CARE
# FOLLOW-UP VISIT

CDC 7402 (03/03)
STATE OF CALIFORNIA                  DEPARTMENT OF CORRECTIONS AND REHABILITATION

List Chronic Diseases:

HTN     Hep C

HISTORY: (Attach a progress note form if needed to provide complete history.)
Current medications (if no pharmacy profile attached) and adherence since last visit:

Complaints/Problems: (Discuss in space provided)

CV / Hypertension: Chest Pain ☐ Yes ☐ No     SOB ☐ Yes ☐ No

Asthma: # attacks since last visit?

 • # short acting beta agonist canisters in last month

 • # visits to ETA for asthma since last visit:

 • # times awakening with asthma symptoms per week:

Diabetes Mellitus: # of hypoglycemic reactions since last visit

Seizure Disorder: # seizures since last visit?

Depression:

Additional History: Requesting refill of Psyllium powder, Selenium sulfide

CCP compliance (e.g. diet, exercise, medications):
Compliance

EXAM: HEENT/Neck: Eyes, ⊖ bruit          Rectal:

Heart: S₁ S₂                               Neurological: A & O

Lungs: CTA                                 Other (specify):

Abdomen: Soft, ⊘ tender.

Extremities/Pulses: WNL

ASSESSMENT: Diagnoses

Hep C
HTN

| Comments on BP or Glucose monitoring |
| --- |
| 48.8   90.8   16   142/72   21U |

| | Degree of Control | | | |
| --- | --- | --- | --- | --- |
| | G | F | P | N/A |
| | ✓ | ☐ | ☐ | ☐ |
| | ✓ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ |

PLAN:
Medications: Refill Diltiazem CD, Triam/HCTZ, Psyllium Powder, Selenium sulfide
Diagnoses: ∅
Labs: ∅

Monitoring: ☑ BP / Frequency: _____ X day / week / month     ☐ Glucose / Frequency: _____ X day / week / month     ☐ Peak flow

Education provided: ☑ Nutrition   ☑ Exercise   ☐ Smoking   ☐ Test Results   ☑ Medication management
☐ Other (specify):

Referral: ☒ Specialist (indicate type): Optometry          ☐ Other Chronic Care Program

Interval to next visit: ☒ 90 Days   ☐ 30 Days   ☐ Other _____

Provider Signature:  ul hosorgy FNP C          Date: 1/2/07

E42 vile
Callujari, Gail
11/8/60

# CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION
## SALINAS VALLEY STATE PRISON - HEALTH CARE SERVICES
### 31625 HWY 101, P.O. BOX 1020
### DIRECTOR: THOMAS L. VOLK, M.D.
### HEALTH CARE MANAGER: CHARLES D. LEE, M.D.

34 

### FINAL SAMPLE REPORT                                          Page:1

Patient ID: GE42616                       Reported: 12/05/06 15:25
Patient Name: CALLEGARI, CARL            Doctor: RODRIQUEZ N.P.
DOB: 11/14/1960 Sex: M                    Location: C YARD
Comments:

---

Lab No:  06339016    Drawn: 12/05/06 10:08   Tech: FE   Rec'd: 12/05/06 11:52 Tech: CC
Comments: CBC SEND OUT ANALYZER NOT WORKING

---

| PROCEDURE | NORMAL | ABNORMAL | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|---|
| *** CHEM 25 PROFILE *** | | | | | |
| GLUCOSE | 90 | | mg/dL | 70 - | 110 |
| BUN | 12 | | mg/dL | 7 - | 18 |
| CREATININE | 1.1 | | mg/dL | 0.6 - | 1.3 |
| BUN/CREAT RATIO | 10.9 | | CALC | | |
| SODIUM | 141 | | mmol/L | 136 - | 145 |
| POTASSIUM | 4.6 | | mmol/L | 3.6 - | 5.2 |
| CHLORIDE | 102 | | mmol/L | 100 - | 108 |
| CARBON DIOXIDE | 24.7 | | mmol/L | 21.0 - | 32.0 |
| ANION GAP | 14 | | RATIO | | |
| OSMOLALITY | 373.3 | | CALC | | |
| CALCIUM | 9.5 | | mg/dL | 8.8 - | 10.5 |
| TOTAL PROTEIN | 7.8 | | g/dL | 6.4 - | 8.2 |
| ALBUMIN | 4.2 | | g/dL | 3.4 - | 5.1 |
| GLOBULIN | 3.6 | | g/dL | | |
| A/G RATIO | 1.2 | | CALC | | |
| ALK. PHOS. | 97 | | U/L | 50 - | 136 |
| ALT (SGPT) | 58 | | U/L | 30 - | 65 |
| AST (SGOT) | 36 | | U/L | 10 - | 37 |
| TOTAL BILIRUBIN | 0.47 | | mg/dL | 0.00 - | 1.00 |
| PHOSPHORUS | 4.4 | | mg/dL | 2.5 - | 4.9 |
| GGT | | **88** + | U/L | 5 - | 85 |
| URIC ACID | 5.4 | | mg/dL | 2.6 - | 7.2 |

REVIEWED BY SUPERVISING CLINICAL LABORATORY SCIENTIST _____

| DATE | TIME | PROB # | |
|------|------|--------|---|
| 05/02/2005 | 1515 | | **S:** (history includes details pertinent to the patient's medical complaint) |

1) FU Hep C & 602 dated 4/5/05

Pt claims he has been not getting meds refills in time. He brought this up to MTA/LVNs. At present getting his meds.

**O:** (physical assessment) T: 97.5 P: 81 R: 20 B/P: 129/77 Wt: 204

HEENT: Anicteric

Abd: Soft, ND, NT, ⊕ BS
ø HSM

Ext: ø C/C/E

HCRNA 4/05: 1324080        meds written 3/23 05 x day

Last LFT 5/04        Type 1a

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)

1) Hep C

2) HTN: BP OK today. CC done 3/23/05

**P:** (MTA – referral to a higher licensure for prioritization and evaluation.)
(RN -action to be taken by the RN so that the patient receives appropriate medical care.)

1) med line per 3/23/05 orders for CCP.

2) √ LFT (Sma 25)        3 Explained pt to
Cont 1 & 602 answered        see — inform me via LVN if prob in contin

**E:** (education provided)

Re: above plan

TP inform → in advance Re: med refill        RN ADMA

INSTITUTION    Salinas Valley State Prison    TP Room / WING    FDB6T1000000118u

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

E42616
CALLEGARI, CARL
11/14/1960

CDC 7254 (8/89)

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION
SALINAS VALLEY STATE PRISON - HEALTH CARE SERVICES
31625 HWY 101, P.O. BOX 1020
DIRECTOR: THOMAS L. VOLK, M.D.
FINAL SAMPLE REPORT

36



Page: 2

```
Patient ID:   GE42616                    Reported: 08/25/05 15:24
Patient Name: CALLEGARI, CARL            Doctor: ADYA
DOB: 11/14/1960 Sex: M                   Location: D YARD
Comments:
--------------------------------------------------------------------------------
Lab No:  05237032    Drawn: 08/25/05 07:25  Tech: NAP  Rec'd: 08/25/05 14:24 Tech: DAR
Comments: FASTING
--------------------------------------------------------------------------------
  PROCEDURE          NORMAL     ABNORMAL       UNITS      REFERENCE RANGE
ALT (SGPT)                        70   +       U/L           30  -      65
AST (SGOT)                        40   +       U/L           10  -      37
TOTAL BILIRUBIN      0.46                      mg/dL       0.00  -    1.00
PHOSPHORUS           3.5                       mg/dL        2.5  -     4.9
GGT                  74                        U/L            5  -      85
URIC ACID            5.3                       mg/dL        2.6  -     7.2

*** LIPID PROFILE ***
CHOLESTEROL          174                       mg/dL          0  -     200
TRIGLYCERIDES        115                       mg/dL         30  -     150
HDL                  47                        mg/dL         35  -      60
LDL (CALCULATED)     104                       CALC
VLDL                 23                        mg/dL
HDL RISK FACTOR      3.7                       CALC
```

REVIEWED BY SUPERVISING CLINICAL LABORATORY SCIENTIST_____



16 AUG '05 PM 1:54

# Laboratory Request / Report form

31625 Hwy. 101
Soledad, CA 93960

**Salinas Valley State prison**
**Correctional Treatment Center**

Thomas L. Volk, M.D.
Laboratory Director

| PATIENT INFORMATION | | DATE ORDERED 08-06-05 | DATE NEEDED |
|---|---|---|---|
| NAME LAST FIRST CALLEGARI | DIAGNOSIS | DATE DRAWN | DATE COMPLETED 08-16-05 |
| CDC NUMBER E42610 BIRTH DATE: | ORDERING PHYSICIAN: DR. ROYA | TIME DRAWN | TIME COMPLETED 1:54 |
| HOUSING D6-118 | SIGNATURE OF PERSON FILLING THIS FORM: | DRAWN BY: | TECH: |
| SPECIMEN INFORMATION FASTING: YES ☐ HRS ___ NO ☐ | | | |

| URINE TOX | HEMATOLOGY | | | URINALYSIS |
|---|---|---|---|---|
| **Methamphetamine** | CBC | NORMAL | DIFFERENTIAL | DIP STICK |
| **Opiates** | WBC | 4.8-10.8 | SEGS 50-80 | COLOR yellow |
| | RBC | 4.10-6.10 | BANDS 0-7 | CHARACTER CLEAR |
| **Cocaine Metabolite** | HGB | 12.0-17.0 | LYMP 15-45 | GLUCOSE NEG |
| | HCT | 37.0-52.0 | MONO 0-12 | BILI. NEG |
| **Cannabinoids** | MCV | 81.0-99.0 | EOS 0-2 | KETONE NEG |
| | MCH | 27.0-35.0 | BASO 0-1 | SPEC. GRAV. 1.005 |
| **Phencyclidine** | MCHC | 30.0-36.0 | | BLOOD NEG |
| | PTL | 150-45 | SED RATE: ___ (0-10 MM/H) | ph 6.0 |
| **MISCELLANEOUS TEST** | | | | PROTEIN NEG |
| **Free T4** | COMMENTS | | | UROBILINGEN 0.2 |
| **Glycohemoglobin (A1C)** | | | | NITRITE NEG |
| **TSH** | | | | LEUKO NEG |
| **PSA** | | | | **MICROSCOPIC** |
| **H.Pylori** | | | | WBC |
| **Hep.c RNA PCR QT.** | | | | RBC |
| **(Hep. c Viral Load)** | | | | EPITH |
| | | | | CAST |
| **HIV screen** | MICROBIOLOGY: ☐ CULTURE ☐ SENSITIVITY | | | BACTERIA |
| | | | | YEAST |
| SOURCE: ☐ BLOOD ☐ URINE ☐ STOOL ☐ WOUND ☐ THROAT ☐ OTHER | | | | CRYSTALS |
| GRAM STAIN: ___ | | | | |
| | | | | **SEROLOGY** |
| | | | | RPR/TITER |

| THERAPEUTIC DRUGS | | ACID FAST SMEAR (TB SPUTUM | MHATP CONFIRMATION |
|---|---|---|---|
| DILANTIN 10.2-20.0 | VALPROIC ACID (Depakene) | ACID FAST CULTUR (TB | |
| PHENOBARB 15.0-40.0 | LITHIUM 0.5-1.5 | STOOL | **WESTERN BLOT CONFIM** |
| CARBAMAZEPINE 8.0-12.0 | Mysoline (Primidone) | OCCULT BLOOD OVA@ PARASITES ☐ | T-CELL SUBSET |

| PROTIME: (SEC.) | CONTROL: (SEC.) | INR: | COCCI SEROLOGY |
|---|---|---|---|
| PTT: (SEC.) | CONTROL: (SEC.) | | |

| PANELS | | |
|---|---|---|
| CHEM PROFILE 24(SMA 25) | PANEL 2 (LIVER) | ELECTROLYTES |
| PANEL 4 (GLU, BUN, CRA, LYTES | LIPID PANEL | HEPATITIS PANEL A,B,C COMPREHENSIVE |
| OTHER TEST: | | |

Navneet ___
Salinas ___

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION
SALINAS VALLEY STATE PRISON - HEALTH CARE SERVICES
31625 HWY 101, P.O. BOX 1020
DIRECTOR: THOMAS L. VOLK, M.D.
FINAL SAMPLE REPORT

Page: 1

Patient ID:   E42612                    Reported: 08/15/05 15:30
Patient Name: CALLEGARI,                Doctor: NAVNEET ADYA
DOB:          Sex: M                    Location: D YARD
Comments:
--------------------------------------------------------------------
Lab No:  05227012    Drawn: 08/15/05 10:51   Tech: DAR   Rec'd: 08/15/05 14:36  Tech: JKC
Comments:
--------------------------------------------------------------------

| PROCEDURE | NORMAL | ABNORMAL | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|---|
| *** CHEM 25 PROFILE *** | | | | | |
| GLUCOSE | 72 | | mg/dL | 70 - | 110 |
| BUN | 12 | | mg/dL | 7 - | 18 |
| CREATININE | 1.2 | | mg/dL | 0.6 - | 1.3 |
| BUN/CREAT RATIO | 10.0 | | CALC | | |
| SODIUM | 139 | | mmol/L | 136 - | 145 |
| POTASSIUM | 4.2 | | mmol/L | 3.6 - | 5.2 |
| CHLORIDE | 100 | | mmol/L | 100 - | 108 |
| CARBON DIOXIDE | 31.5 | | mmol/L | 21.0 - | 32.0 |
| ANION GAP | 8 | | RATIO | | |
| OSMOLALITY | 351.5 | | CALC | | |
| CALCIUM | 9.1 | | mg/dL | 8.8 - | 10.5 |
| TOTAL PROTEIN | 7.3 | | g/dL | 6.4 - | 8.2 |
| ALBUMIN | 3.9 | | g/dL | 3.4 - | 5.1 |
| GLOBULIN | 3.4 | | g/dL | | |
| A/G RATIO | 1.1 | | CALC | | |
| ALK. PHOS. | 99 | | U/L | 50 - | 136 |
| ALT (SGPT) | 65 | | U/L | 30 - | 65 |
| AST (SGOT) | 33 | | U/L | 10 - | 37 |
| TOTAL BILIRUBIN | 0.41 | | mg/dL | 0.00 - | 1.00 |
| PHOSPHORUS | 3.5 | | mg/dL | 2.5 - | 4.9 |
| GGT | 70 | | U/L | 5 - | 85 |
| URIC ACID | 4.5 | | mg/dL | 2.6 - | 7.2 |
| | | | | | |
| *** LIPID PROFILE *** | | | | | |
| CHOLESTEROL | 166 | | mg/dL | 0 - | 200 |
| TRIGLYCERIDES | | 222 + | mg/dL | 30 - | 150 |
| HDL | 41 | | mg/dL | 35 - | 60 |
| LDL (CALCULATED) | 81 | | CALC | | |
| VLDL | 44 | | mg/dL | | |
| HDL RISK FACTOR | 4.0 | | CALC | | |

REVIEWED BY SUPERVISING CLINICAL LABORATORY SCIENTIST _____

15 AUG '05 PM 3:27

Navneet Adya, M.D.
Salinas Valley State Prison

 Case 4:08-cv-02420-CW   Document 1   Filed 05/12/2008   Page 35 of 36



CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION
SALINAS VALLEY STATE PRISON - HEALTH CARE SERVICES
31625 HWY 101, P.O. BOX 1020
DIRECTOR: THOMAS L. VOLK, M.D.
FINAL SAMPLE REPORT

Page: 1



Patient ID: CE42616
Patient Name: CALLEGARI, CARL
DOB: 11/14/1960 Sex: M
Comments:

Reported: 08/25/05 15:24
Doctor: ADYA
Location: D YARD

---

Lab No: 05237032   Drawn: 08/25/05 07:25   Tech: NAP   Rec'd: 08/25/05 14:24 Tech: DAR
Comments: FASTING

---

| PROCEDURE | NORMAL | ABNORMAL | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| **\*\*\* HEMATOLOGY \*\*\*** | | | | |
| WBC | 5.0 | | x10^3/uL | 5.0 - 10.2 |
| RBC | 5.09 | | x10^6/uL | 4.00 - 5.90 |
| HGB | 16.4 | | g/dL | 13.5 - 17.5 |
| HCT | 46.9 | | % | 41.0 - 52.0 |
| MCV | 92 | | fL | 80 - 100 |
| MCH | 32.2 | | pg | 25.0 - 35.0 |
| MCHC | 35.0 | | g/dL | 28.0 - 36.0 |
| RDW | 11.6 | | % | 11.4 - 16.2 |
| PLT | 276 | | x10^3/uL | 140 - 450 |
| **\*\* AUTO DIFF \*\*\*** | | | | |
| NEUTROPHILS# | 1.33 | | x10^3/uL | 0.00 - 9.00 |
| LYMPH# | 2.92 | | x10^3/uL | 0.00 - 5.00 |
| MONO# | 0.41 | | x10^3/uL | 0.00 - 5.00 |
| BASO# | 0.06 | | x10^3/uL | 0.00 - 5.00 |
| EOS# | 0.25 | | x10^3/uL | 0.00 - 5.00 |
| NEUTROPHILS% | | 26.7 - | % | 36.0 - 76.0 |
| LYMPH% | | 58.8 + | % | 20.0 - 45.0 |
| MONO% | 8.3 | | % | 3.0 - 13.0 |
| BASO% | 1.3 | | % | 0.0 - 2.5 |
| EOS% | 4.9 | | % | 0.0 - 5.0 |
| | | | | |
| **\*\*\* CHEM 25 PROFILE \*\*\*** | | | | |
| GLUCOSE | 81 | | mg/dL | 70 - 110 |
| BUN | 10 | | mg/dL | 7 - 18 |
| CREATININE | 1.0 | | mg/dL | 0.6 - 1.3 |
| BUN/CREAT RATIO | 10.0 | | CALC | |
| SODIUM | 138 | | mmol/L | 136 - 145 |
| POTASSIUM | 4.4 | | mmol/L | 3.6 - 5.2 |
| CHLORIDE | 101 | | mmol/L | 100 - 108 |
| CARBON DIOXIDE | 27.3 | | mmol/L | 21.0 - 32.0 |
| ANION GAP | 10 | | RATIO | |
| OSMOLALITY | 356.7 | | CALC | |
| CALCIUM | 9.1 | | mg/dL | 8.8 - 10.5 |
| TOTAL PROTEIN | 7.4 | | g/dL | 6.4 - 8.2 |
| ALBUMIN | 4.0 | | g/dL | 3.4 - 5.1 |
| GLOBULIN | 3.4 | | g/dL | |
| A/G RATIO | 1.2 | | CALC | |
| ALK. PHOS. | 83 | | U/L | 50 - 136 |

# Laboratory Request / Report form

31625 Hwy. 101
Soledad, CA 93960

Salinas Valley State prison
Corrections Treatment Center

Thomas L. Volk, M.D.
Laboratory Director

| PATIENT INFORMATION | | | | |
|---|---|---|---|---|
| NAME **CALLEGARI** LAST FIRST | DIAGNOSIS | DATE ORDERED 08/08/05 | DATE NEEDED | DATE DRAWN |
| CDC NUMBER **I02855** | ORDERING PHYSICIAN **DR. ADYA** | | DATE COMPLETED 08/28/05 | |
| HOUSING **D7-204** BIRTH DATE: | SIGNATURE OF PERSON FILLING THIS FORM: **L. Bell** | TIME DRAWN | TIME COMPLETED 0903 | |
| SPECIMEN INFORMATION FASTING: YES ☐ HRS ____ NO ☐ | | DRAWN BY: | TECH: **KB** | |

| URINE TOX | | HEMATOLOGY | | | URINALYSIS | |
|---|---|---|---|---|---|---|
| | | CBC | NORMAL | DIFFERENTIAL | DIP STICK | |
| Methamphetamine | | WBC | 4.8-10.8 | SEGS 50-80 | COLOR | yellow |
| Opiates | | RBC | 4.10-6.10 | BANDS 0-7 | CHARACTER | clear |
| Cocaine Metabolite | | HGB | 12.0-17.0 | LYMP 15-45 | GLUCOSE | neg |
| | | HCT | 37.0-52.0 | MONO 0-12 | BILI. | neg |
| Cannabinoids | | MCV | 81.0-99.0 | EOS 0-2 | KETONE | neg |
| | | MCH | 27.0-35.0 | BASO 0-1 | SPEC.GRAV. | 1.015 |
| Phencyclidine | | MCHC | 30.0-36.0 | | BLOOD | neg. |
| MISCELLANEOUS TEST | | PTL | 150-45 | SED RATE: ___ (0-10 MM/H) | ph | 6.0 |
| Free T4 | | COMMENTS | | | PROTEIN | neg |
| Glycohemoglobin (A1C) | | | | | UROBILINGEN | 0.7 |
| TSH | | | | | NITRITE | neg |
| PSA | | | | | LEUKO | neg |
| H.Pylori | | | | | MICROSCOPIC | |
| Hep.c RNA PCR QT. (Hep. c Viral Load) | | | | | WBC | |
| | | | | | RBC | |
| | | | | | EPITH | |
| | | | | | CAST | |
| HIV screen | | MICROBOILOGY: ☐CULTURE ☐SENSITIVITY | | | BACTERIA | |
| | | | | | YEAST | |
| | | | | | CRYSTALS | |

SOURCE: ☐ BLOOD    ☐ URINE    ☐ STOOL    ☐ WOUND    ☐ THROAT    ☐OTHER
GRAM STAIN: _____

| | | |
|---|---|---|
| | | SEROLOGY |
| | | RPR/TITER |

| THERAPEUTIC DRUGS | | ACID FAST SMEAR (TB SPUTUM | MHATP CONFIRMATION |
|---|---|---|---|
| DILANTIN 10.2-20.0 | VALPROIC ACID (Depakene) | ACID FAST CULTUR (TB | |
| PHENOBARB 15.0-40.0 | LITHIUM 0.5-1.5 | STOOL OCCULT BLOOD | WESTERN BLOT CONFIRM |
| CARBAMAZEPINE 8.0-12.0 | Mysoline (Primidone) | OVA@ PARASITES ☐ | T-CELL SUBSET |

| PROTIME: (SEC.) | CONTROL: (SEC.) | INR: | COCCI SEROLOGY |
|---|---|---|---|
| PTT: (SEC.) | CONTROL: (SEC.) | | |

| PANELS | | |
|---|---|---|
| CHEM PROFILE 24(SMA 25) | PANEL 2 (LIVER) | ELECTROLYTES |
| PANEL 4 (GLU, BUN, CRA, LYTES | LIPID ANEL | HEPATITIS PANEL A,B,C COMPREHENSIVE |

OTHER TEST:

41

Here your HONOR IS
The years Which I WAS
under EACh doctors
MEdicAl CARE

EXHIBIT _C_____

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of:

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | Clauser | C | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 697065- 8    DR: SID, RANDY TRIAMTERENE/HCTZ 37.5/25    14 TAKE 1 CAP DAILY AR Start: 08/29/2006    Stop: 11/05/2006 | 08 12 18 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 697066- 8    DR: SID, RANDY DILTIAZEM CD 180MG    14 TAKE 1 CAP DAILY AR Start: 08/29/2006    Stop: 11/05/2006 | 08 12 18 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 697067- 6    DR: SID, RANDY SELENIUM SULFIDE LOT 2.5%    1 APPLY TO SCALP AS DIRECTED    RR Start: 08/16/2006    Stop: 11/05/2006 | 08 12 18 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 697 8- 6    DR: SID, RANDY A    OINTMENT 60GM    1 AP   DAILY TO AFFECTED AREA AS DIRECTED PRN  RR Start: 08/16/2006    Stop: 11/05/2006 | 08 12 18 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 697069- 5    DR: SID, RANDY PSYLLIUM POWDER 3.7GM    30 1 PAK DAILY IN 12OZ.WATER    RR Start: 08/16/2006    Stop: 11/05/2006 | 08 12 18 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 08 12 18 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 08 12 18 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 08 12 18 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NAME:** CALLEGARI, CARL        **CDC#:** E-42616    **HOUSE:** C8-219L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _Aug_    Year: _05_

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | Urena, E., MTA | ⟨.⟩ | | | Msara M | |

| 605909- 3    DR: ADYA, NAVNEET | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| COAL TAR SHAMPOO 1%            1 | 08 |
| USE TWICE WEEKLY TO SCALP | 12 |
| RR | 18 |
| Start: 07/19/2005    Stop: 09/03/2005 | 20 |

| 605910- 1    DR: ADYA, NAVNEET | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| HYDROCORTISONE CR 0.5%         1 | 08 |
| APPLY TO FACE DAILY AS | 12 |
| NEEDED FOR RASH    RR | 18 |
| Start: 07/05/2005    Stop: 09/03/2005 | 20 |

| 605911- 1    DR: ADYA, NAVNEET | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| PSYLLIUM POWDER 3.7GM         20 | 08 |
| 1 PAK IN 12OZ. WATER | 12 |
| ONCE A DAY      RR | 18 |
| Start: 06/06/2005    Stop: 09/03/2005 | 20 |

| 613208- 1    DR: KUMAR,REETIKA | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| A    OINTMENT 6G            1 | 08 |
| A.    DAILY TO DRY SKIN | 12 |
| RR | 18 |
| Start: 07/19/2005    Stop: 10/06/2005 | 20 |

| 620635- 0    DR: ADYA, NAVNEET | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| DILTIAZEM CD 180MG           14 | 08 |
| 1 CAP DAILY  X30D | 12 |
| *****AR***** | 18 |
| Start: 07/28/2005    Stop: 08/27/2005 | 20 |

| 620641- 0    DR: ADYA, NAVNEET | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| TRIAMTERENE/HCTZ 37.5/25     14 | 08 |
| 1 CAP EVERY AM X30D | 12 |
| AR | 18 |
| Start: 07/28/2005    Stop: 08/27/2005 | |

| TRIAMTERENE/HCTZ 37.5/25   14    E-42616 | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| 1 CAP EVERY DAILY | |
| AR | |
| RX: 623189- 1 08/23/05 11/17/05 | |

| DILTIAZEM CD 180MG | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| 1 CAP DAILY            14    E-42616 | |
| AR | |
| RX: 623187- 1 08/23/05 11/17/05 | |

**NAME:** CALLEGARI, CARL        **CDC#:** E-42616        **HOUSE:** D6-118L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

| NAME OF RN/MTA | Initial | | NAME OF RN/MTA | Initial | | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 8 | 9 | 13 | 14 | 15 | 16 | 17 | 19 | 1 | 2 | 23 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 613208- 3   DR: KUMAR,REETIKA<br>A & D OINTMENT 6G                1<br>APPLY DAILY TO DRY SKIN<br>RR<br>Start: 08/29/2005   Stop: 10/06/2005 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 623187- 1   DR: ADYA, NAVNEET<br>DILTIAZEM CD 180MG            14<br>1 CAP DAILY<br>AR<br>Start: 08/23/2005   Stop: 11/17/2005 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 623189- 1   DR: ADYA, NAVNEET<br>TRIAMTERENE/HCTZ 37.5/25     14<br>1 CAP EVERY DAILY<br>AR<br>Start: 08/23/2005   Stop: 11/17/2005 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 623190- 0   DR: ADYA, NAVNEET<br>C̲  ̲AR SHAMPOO 1%             1<br>U̲   ̲ICE WEEKLY TO SCALP<br>RR<br>Start: 08/09/2005   Stop: 11/17/2005 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 623191- 0   DR: ADYA, NAVNEET<br>PSYLLIUM POWDER 3.7GM        20<br>1 PAK IN 12OZ. WATER<br>ONCE A DAY        RR<br>Start: 08/09/2005   Stop: 11/17/2005 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 623192- 0   DR: ADYA, NAVNEET<br>HYDROCORTISONE CR 0.5%        1<br>APPLY TO FACE DAILY AS<br>NEEDED        RR<br>Start: 08/09/2005   Stop: 11/17/2005 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | |

**NAME:** CALLEGARI, CARL          CDC#: E 426          HOUS  D6-1 8.

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ Year: _____

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**613208- 3     DR: KUMAR,REETIKA**
A & D OINTMENT 6G          1    08
APPLY DAILY TO DRY SKIN          12
RR                              18
Start: 08/29/2005   Stop: 10/06/2005    20

**623187- 1     DR: ADYA, NAVNEET**
DILTIAZEM CD 180MG         14    08
1 CAP DAILY                     12
AR                              18
Start: 08/23/2005   Stop: 09/06/2005    20

**623187- 2     DR: ADYA, NAVNEET**
DILTIAZEM CD 180MG         14    08
1 CAP DAILY                     12
AR                              18
Start: 09/06/2005   Stop: 11/17/2005    20

**623189- 1     DR: ADYA, NAVNEET**
TF  ERENE/HCTZ 37.5/25     14    08
1    EVERY DAILY                12
AR                              18
Start: 08/23/2005   Stop: 09/06/2005    20

**623189- 2     DR: ADYA, NAVNEET**
TRIAMTERENE/HCTZ 37.5/25   14    08
1 CAP EVERY DAILY               12
AR                              18
Start: 09/06/2005   Stop: 11/17/2005    20

**623190- 0     DR: ADYA, NAVNEET**
COAL TAR SHAMPOO 1%         1    08
USE TWICE WEEKLY TO SCALP       12
RR                              18
Start: 08/09/2005   Stop: 11/17/2005    20

**623191- 0     DR: ADYA, NAVNEET**
PSYLLIUM POWDER 3.7GM      20    08
1 PAK IN 12OZ. WATER            12
ONCE A DAY      RR              
Start: 08/09/2005   Stop: 11/17/2005    18
                                20

**623192- 0     DR: ADYA, NAVNEET**
HYDROCORTISONE CR 0.5%      1    08
APPLY TO FACE DAILY AS          12
NF              RR              
St   08/09/2005   Stop: 11/17/2005    18
                                20

**NAME:** CALLEGARI, CARL          **CDC#:** E-42616     **HOUSE:** D6-118L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____    JAN 0 0 2005

| NAME OF RN/MTA | Initial | | NAME OF RN/MTA | Initial | | NAME OF RN/MTA | Initial | | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | A. Willson | CW |
| O'Haskins LVN | C/H | | | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRIAMTERENE/HCTZ 37.5/25   16    E-42616<br>1 CAP DAILY<br>AE<br>RX: 557586- 3 01/10/05 01/26/05 | 08<br>12<br>18<br>20 | | | | | | | C/H | | | | | | | | | | | | | | | | | | | | | | | | | |

| 557589- 3    DR: CORDERO, REYNAL<br>COAL TAR SHAMPOO 1%        1    08<br>USE 2 TIMES WEEKLY              12<br>RR                              18<br>Start: 12/13/2004  Stop: 01/26/2005  20 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 557591- 5    DR: CORDERO, REYNAL<br>MILK OF MAGNESIA 360ML       1    08<br>30CC DAILY AS NEEDED FOR        12<br>CONSTIPATION      RR<br>Start: 12/20/2004  Stop: 01/26/2005  18<br>20 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 557593- 3    DR: CORDERO, REYNAL<br>A      OINTMENT 6G           1    08<br>A    TO AFFECTED AREAS          12<br>ONCE A DAY    RR<br>Start: 12/13/2004  Stop: 01/26/2005  18<br>20 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 557597- 3    DR: CORDERO, REYNAL<br>PSYLLIUM POWDER 3.7GM        20    08<br>1 PAK DAILY IN 12OZ.WATER           12<br><br>Start: 12/13/2004  Stop: 01/26/2005  18<br>20 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| A & D OINTMENT 6G          1    E-42616<br>APPLY TO AFFECTED AREAS<br>ONCE A DAY    RR<br>RX: 557593- 4 12/31/04 01/26/05 | 08<br>12<br>18<br>20 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| MILK OF MAGNESIA 360ML     1    E-42616<br>30CC DAILY AS NEEDED FOR<br>CONSTIPATION      RR<br>RX: 557591- 6 12/31/04 01/26/05 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| COAL TAR SHAMPOO 1%        1    E-42616<br>USE 2 TIMES WEEKLY<br>RR<br>RX: 557589- 4 12/31/04 01/26/05 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NAME:** CALLEGARI, CARL        **CDC#:** E-42616      **HOUSE:** D6-118L

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☑

| NAME Callegari | CDC NUMBER E-42616 | HOUSING D-6-118 |
| PATIENT SIGNATURE Callegari | | DATE 3-30-05 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I NEED A refill OF A And D Ointment

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

### PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 63-31-05 0800 a Carual RN | Received by: |
| Date / Time Reviewed by RN: as ↑ | Reviewed by: |

S:                                              Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:   T:        P:        R:        BP:        WEIGHT:

A:

P: MTA for review
☐ **See Nursing Encounter Form**   becaus hqr ointmmt on 3-31-05 ——

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: **april**     Year: **05**

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | A Chautzen | AC | | | G. Buuenya | gb |

---

**590924- 0     DR: ADYA, NAVNEET**
DILTIAZEM CD 180MG     14
1 CAP DAILY
AR
Start: 03/23/2005   Stop: 07/01/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**590925- 0     DR: ADYA, NAVNEET**
TRIAMTERENE/HCTZ 37.5/25     14
1 CAP DAILY
AR
Start: 03/23/2005   Stop: 07/01/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**590926- 0     DR: ADYA, NAVNEET**
COAL TAR SHAMPOO 1%     1
USE TWICE WEEKLY
RR
Start: 03/23/2005   Stop: 07/01/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | AC | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**590927- 0     DR: ADYA, NAVNEET**
H  RTISONE CR 0.5%     1
A1     TO FACE DAILY AS
NEEDED  RR
Start: 03/23/2005   Stop: 07/01/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | 9 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**590928- 0     DR: ADYA, NAVNEET**
PSYLLIUM POWDER 3.7GM     20
1 PAK IN 12OZ. WATER
ONCE A DAY     RR
Start: 03/23/2005   Stop: 07/01/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**591124- 0     DR: BEY, LOVEVASIA**
MILK OF MAGNESIA 360ML     1
30CC AT BEDTIME FOR 30
DAYS
Start: 03/23/2005   Stop: 04/22/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**592604- 0     DR: LEVINE, DANA**
A & D OINTMENT 6G     1
APPLY DAILY TO DRY SKIN
RR
Start: 03/30/2005   Stop: 06/28/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**592605- 0     DR: LEVINE, DANA**
TOLNAFTATE CR 1% 30GM     1
APPLY TO AFFECTED NAIL
T     DAY  RR
S     03/30/2005   Stop: 06/28/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | 9 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**NAME:** CALLEGARI, CARL     **CDC#:** E-42616     **HOUSE:** D6-118L



CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of:_____  Year:_____

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | Urena, E., MTA | | | | | |

| 590924- 2    DR: ADYA, NAVNEET | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DILTIAZEM CD 180MG          14  08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 CAP DAILY                    12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AR                             18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 04/20/2005  Stop: 07/01/2005  20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 590925- 2    DR: ADYA, NAVNEET | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRIAMTERENE/HCTZ 37.5/25    14  08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 CAP DAILY                    12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AR                             18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 04/20/2005  Stop: 07/01/2005  20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 590926- 2    DR: ADYA, NAVNEET | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COAL TAR SHAMPOO 1%          1  08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| USE TWICE WEEKLY               12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RR                             18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 04/27/2005  Stop: 07/01/2005  20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 590927- 1    DR: ADYA, NAVNEET | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HYDROCORTISONE CR 0.5%       1  08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APPLY TO FACE DAILY AS         12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NEEDED  RR                     18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 04/07/2005  Stop: 07/01/2005  20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 590928- 2    DR: ADYA, NAVNEET | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PSYLLIUM POWDER 3.7GM        20  08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 PAK IN 12OZ. WATER           12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ONCE A DAY           RR        18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 04/29/2005  Stop: 07/01/2005  20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 592604- 2    DR: LEVINE, DANA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A & D OINTMENT 6G            1  08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APPLY DAILY TO DRY SKIN        12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RR                             18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 04/29/2005  Stop: 06/28/2005  20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 592605- 1    DR: LEVINE, DANA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOLNAFTATE CR 1% 30GM        1  08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APPLY TO AFFECTED NAIL         12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TWICE A DAY    RR              18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 04/07/2005  Stop: 06/28/2005  20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NAME:** CALLEGARI, CARL      **CDC#:** E-42616      **HOUSE:** D6-118L



49

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ Year: _____

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

---

**808601- 1    DR: BOWMAN,ROBERT**
HYDROCHLOROTHIAZIDE 25MG        30
TAKE 1 TAB DAILY
AR
Start: 07/19/2007    Stop: 09/27/2007

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**808602- 1    DR: BOWMAN,ROBERT**
DILTIAZEM CD 180MG        30
TAKE 1 CAP DAILY
AR
Start: 07/19/2007    Stop: 09/27/2007

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**808603- 2    DR: BOWMAN,ROBERT**
SELENIUM SUL LOT2.5% 118        118
USE 3 TIMES A WEEK AS
DIRECTED    RR
Start: 07/19/2007    Stop: 09/27/2007

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**812119- 2    DR: SID, RANDY**
P   UM POWDER 5.85GM        180
1      DAILY IN 8OZ.WATER
DAILY        RR
Start: 07/23/2007    Stop: 09/30/2007

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**815399- 0    DR: BOWMAN,ROBERT**
TOLNAFTATE CR 1% 30GM        30
APPLY TO AFFECTED AREAS
TWICE DAILY    RR
Start: 07/12/2007    Stop: 09/10/2007

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NAME:** CALLEGARI, CARL        **CDC#:** E-42616    **HOUSE:** D1-103L

50

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: **February**    Year: **05**

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | *MSDaces* | *MS* | *OTught* | *2* | | |

---

**576941- 0    DR: BEY, LOVEVASIA**
TRIAMTERENE/HCTZ 37.5/25    28
1 CAP DAILY
AR
Start: 01/20/2005    Stop: 04/20/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | *2* | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**576942- 1    DR: BEY, LOVEVASIA**
MILK OF MAGNESIA 360ML    1
TAKE 30CC AT BEDTIME WITH
WATER    RR
Start: 01/28/2005    Stop: 03/21/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | M | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | *2* | | | | | | | | | | | | | | | | | | | | | | | | | |

**576943- 0    DR: BEY, LOVEVASIA**
A & D OINTMENT 6G    1
APPLY TO DRY SKIN AS
DIRECTED    RR
Start: 01/20/2005    Stop: 04/20/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | *2* | | | | | | | | | | | | | | | | | | | | | | | | | |

NAME: CALLEGARI, CARL        CDC#: E-42616    HOUSE: D6-118L



CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ November_____ Year: 2004

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| Hopkins LVN | GH | | | | | Benny 7 Sindler RN | |

| 557588- 0     DR: CORDERO, REYNAL | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRIAMTERENE/HCTZ 37.5/25     28 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 CAP DAILY | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AR | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 10/18/2004   Stop: 01/26/2005 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 557589- 0     DR: CORDERO, REYNAL | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COAL TAR SHAMPOO 1%     1 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| USE 2 TIMES WEEKLY | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RR | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 10/18/2004   Stop: 01/26/2005 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 557591- 0     DR: CORDERO, REYNAL | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MILK OF MAGNESIA 360ML     1 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 30CC DAILY AS NEEDED FOR | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CONSTIPATION      RR | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 10/18/2004   Stop: 01/26/2005 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 557593- 0     DR: CORDERO, REYNAL | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.    OINTMENT 6G     1 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A.    TO AFFECTED AREAS | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ONCE A DAY   RR | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 10/18/2004   Stop: 01/26/2005 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| PSYLLIUM POWDER 3.7GM     28    E-42616 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 PAK DAILY IN 12OZ.WATER | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 557597- 1 11/01/04 01/26/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| PSYLLIUM POWDER 3.7GM     20    E-42616 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 PAK DAILY IN 12OZ.WATER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 557597- 2 11/18/04 01/26/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MILK OF MAGNESIA 360ML     1    E-42616 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30CC DAILY AS NEEDED FOR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CONSTIPATION      RR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 557591- 3 11/29/04 01/26/05 | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NAME:** CALLEGARI, CARL        **CDC#:** E-42616        **HOUSE:** ~~D1-207L~~  DG- 118

52

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ PEC  Year: 0B

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | ʷʲ | S |

---

**649192- 0    DR: MILANES, ANTHONY**
TRIAMTERENE/HCTZ 37.5/25      14
1 CAP DAILY
AR
Start: 11/18/2005    Stop: 12/18/2005

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 12 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 18 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 20 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

---

**649193- 0    DR: MILANES, ANTHONY**
DILTIAZEM CD 180MG      14
1 CAP DAILY
AR
Start: 11/18/2005    Stop: 12/18/2005

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 12 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 18 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 20 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

---

**NAME:** CALLEGARI, CARL      **CDC#:** E-42616      **HOUSE:** C8-225L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____  Year: _____

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**664791- 1    DR: SID, RANDY**
A & D OINTMENT 60GM              1
APPLY DAILY TO AFFECTED
AREA (DRY SKIN)    RR
Start: 01/24/2006    Stop: 02/18/2006

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**665941- 0    DR: SID, RANDY**
TRIAMTERENE/HCTZ 37.5/25        14
1 CAP DAILY
X14 DAYS
Start: 01/24/2006    Stop: 02/07/2006

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**665942- 0    DR: SID, RANDY**
DILTIAZEM CD 180MG             14
1 CAP DAILY
X14 DAYS
Start: 01/24/2006    Stop: 02/07/2006

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NAME:** CALLEGARI, CARL          **CDC#:** E-42616     **HOUSE:** C8-227L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ Year ____

| NAME OF RR/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**671077- 1     DR: SID, RANDY**
TRIAMTERENE/HCTZ 37.5/25     14
1 CAP DAILY
AR
Start: 02/23/2006    Stop: 05/20/2006
(08 / 12 / 18 / 20)

**671078- 1     DR: SID, RANDY**
DILTIAZEM CD 180MG     14
1 CAP DAILY
AR
Start: 02/23/2006    Stop: 05/20/2006
(08 / 12 / 18 / 20)

**671079- 0     DR: SID, RANDY**
A & D OINTMENT 60GM     1
APPLY DAILY TO AFFECTED
AREA AS DIRECTED   RR
Start: 02/09/2006    Stop: 05/20/2006
(08 / 12 / 18 / 20)

**671080- 0     DR: SID, RANDY**
C'   !MAZOLE CR 1% 30GM     1
A.      SPARINGLY 2X DAILY
TO AFFECTED AREAS .    RR
Start: 02/09/2006    Stop: 05/20/2006
(08 / 12 / 18 / 20)

DILTIAZEM CD 180MG     14     E-42616
1 CAP DAILY
AR
RX: 671078- 2 03/09/06 05/20/06

TRIAMTERENE/HCTZ 37.5/25     14     E-42616
1 CAP DAILY
AR
RX: 671077- 2 03/09/06 05/20/06

(08 / 12 / 18 / 20)

(08 / 12 / 18 / 20)

**NAME:** CALLEGARI, CARL        **CDC#:** E-42616        **HOUSE:** C8-231L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ May _____    Year 06

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | Aguilar | 4 |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 671077- 5    DR: SID, RANDY TRIAMTERENE/HCTZ 37.5/25    14 1 CAP DAILY AR Start: 04/20/2006    Stop: 05/20/2006 | 08 12 18 20 | | | | | | | | | W | | | | | | | | | | | | | G | | | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 671078- 5    DR: SID, RANDY DILTIAZEM CD 180MG    14 1 CAP DAILY AR Start: 04/20/2006    Stop: 05/20/2006 | 08 12 18 20 | | | | | | | | | W | | | | | | | | | | | | | G | | | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 671079- 2    DR: SID, RANDY A & D OINTMENT 60GM    1 APPLY DAILY TO AFFECTED AREA AS DIRECTED  RR Start: 04/17/2006    Stop: 05/20/2006 | 08 12 18 20 | | | | | | | | | W | | | | | | | | | | | | | | | | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 671080- 1    DR: SID, RANDY C`  `MAZOLE CR 1% 30GM    1 A    SPARINGLY 2X DAILY TO AFFECTED AREAS .    RR Start: 03/20/2006    Stop: 05/20/2006 | 08 12 18 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SELENIUM SULFIDE LOT 2.5%    1    E-42616 APPLY TO SCALP AS DIRECTED    RR RX: 697067- 0 05/09/06 11/05/06 | | | | | | | | | | W | | | | | | | | | | | | | | | | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PSYLLIUM POWDER 3.7GM    30    E-42616 1 PAK DAILY IN 12OZ.WATER RR RX: 697069- 0 05/09/06 11/05/06 | | | | | | | | | | W | | | | | | | | | | | | | | | | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08 12 18 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08 12 18 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NAME:** CALLEGARI, CARL          **CDC#:** E-42616     **HOUSE:** C8-231L



CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ June _____  Year 06

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | MPalman doa | MP |

---

**697065- 1      DR: SID, RANDY**
TRIAMTERENE/HCTZ 37.5/25      14
TAKE 1 CAP DAILY
AR
Start: 05/23/2006   Stop: 11/05/2006

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | MP | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**697066- 1      DR: SID, RANDY**
DILTIAZEM CD 180MG      14
TAKE 1 CAP DAILY
AR
Start: 05/23/2006   Stop: 11/05/2006

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | MP | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**697067- 1      DR: SID, RANDY**
SELENIUM SULFIDE LOT 2.5%      1
APPLY TO SCALP AS
DIRECTED      RR
Start: 05/19/2006   Stop: 11/05/2006

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | MP | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**697068- 1      DR: SID, RANDY**
A      OINTMENT 60GM      1
A.      DAILY TO AFFECTED
AREA AS DIRECTED PRN   AR
Start: 05/19/2006   Stop: 11/05/2006

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | MP | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**697069- 2      DR: SID, RANDY**
PSYLLIUM POWDER 3.7GM      30
1 PAK DAILY IN 12OZ.WATER
         RR
Start: 05/26/2006   Stop: 11/05/2006

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | MP | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**DILTIAZEM CD 180MG      14   E-42616**
TAKE 1 CAP DAILY
AR
RX: 697066- 4 07/04/06 11/05/06

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | MP | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**NAME:** CALLEGARI, CARL          **CDC#:** E-42616      **HOUSE:** C8-231L

ASU MED/MAR FORM Style #3 (01/93)

# .CATION ADMINISTRATION RECORD

For the Month of: _____ APR    Year: __ CC

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 671077- 3    DR: SID, RANDY | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRIAMTERENE/HCTZ 37.5/25    14 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 CAP DAILY | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AR | 18 | | | | G | | | | | | | | | | | | | m | | | | | | | | | | | | | | | |
| Start: 03/23/2006   Stop: 05/20/2006 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 671078- 3    DR: SID, RANDY | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DILTIAZEM CD 180MG    14 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 CAP DAILY | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AR | 18 | | | | G | | | | | | | | | | | | | m | | | | | | | | | | | | | | | |
| Start: 03/23/2006   Stop: 05/20/2006 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 671079- 1    DR: SID, RANDY | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A & D OINTMENT 60GM    1 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APPLY DAILY TO AFFECTED | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AREA AS DIRECTED  RR | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 03/20/2006   Stop: 05/20/2006 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 671080- 1    DR: SID, RANDY | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C  MAZOLE CR 1% 30GM    1 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A.   SPARINGLY 2X DAILY | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TO AFFECTED AREAS .   RR | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 03/20/2006   Stop: 05/20/2006 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NAME:** CALLEGARI, CARL        **CDC#:** E-42616        **HOUSE:** C8-231L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____  Year: _____

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 697065- 3    DR: SID, RANDY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRIAMTERENE/HCTZ 37.5/25    14 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAKE 1 CAP DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 06/20/2006    Stop: 07/04/2006 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

697065- 3    DR: SID, RANDY
TRIAMTERENE/HCTZ 37.5/25    14    08
TAKE 1 CAP DAILY    12
AR    18
Start: 06/20/2006    Stop: 07/04/2006    20

697065- 4    DR: SID, RANDY
TRIAMTERENE/HCTZ 37.5/25    14    08
TAKE 1 CAP DAILY    12
AR    18
Start: 07/04/2006    Stop: 11/05/2006    20

697066- 3    DR: SID, RANDY
DILTIAZEM CD 180MG    14    08
TAKE 1 CAP DAILY    12
AR    18
Start: 06/20/2006    Stop: 07/04/2006    20

697066- 4    DR: SID, RANDY
D  \ZEM CD 180MG    14    08
T.  : CAP DAILY    12
AR    18
Start: 07/04/2006    Stop: 11/05/2006    20

697067- 4    DR: SID, RANDY
SELENIUM SULFIDE LOT 2.5%    1    08
APPLY TO SCALP AS    12
DIRECTED    RR    18
Start: 06/16/2006    Stop: 11/05/2006    20

697068- 4    DR: SID, RANDY
A & D OINTMENT 60GM    1    08
APPLY DAILY TO AFFECTED    12
AREA AS DIRECTED PRN  RR    18
Start: 06/16/2006    Stop: 11/05/2006    20

697069- 5    DR: SID, RANDY
PSYLLIUM POWDER 3.7GM    30    08
1 PAK DAILY IN 12OZ.WATER    12
RR    18
Start: 06/16/2006    Stop: 11/05/2006    20

Each medication row has a day-grid header numbered: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

SELENIUM SULFIDE LOT 2.5%   2   E-42616
APPLY TO SCALP AS
DIRECTED   RR
RX: 697067- 3 07/05/2b: 11/05/06

**NAME:** CALLEGARI, CARL    **CDC#:** E-42616    **HOUSE:** C8-231L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _July_    Year: _05_



| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | _Urena, E., MTA_ | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**605908- 2    DR: ADYA, NAVNEET**
TRIAMTERENE/HCTZ 37.5/25    14
TAKE 1 CAP IN THE AM
AR
Start: 06/23/2005    Stop: 09/03/2005
(08, 12, 18, 20)

**605909- 1    DR: ADYA, NAVNEET**
COAL TAR SHAMPOO 1%    1
USE TWICE WEEKLY TO SCALP
RR
Start: 06/14/2005    Stop: 09/03/2005
(08, 12, 18, 20)

**605910- 0    DR: ADYA, NAVNEET**
HYDROCORTISONE CR 0.5%    1
APPLY TO FACE DAILY AS
NEEDED FOR RASH    RR
Start: 05/13/2005    Stop: 09/03/2005
(08, 12, 18, 20)

**605911- 1    DR: ADYA, NAVNEET**
P    UM POWDER 3.7GM    20
1    IN 12OZ. WATER
ONCE A DAY    RR
Start: 06/06/2005    Stop: 09/03/2005
(08, 12, 18, 20)

**612912- 0    DR: ADYA, NAVNEET**
DILTIAZEM CD 180MG    14
1 CAP DAILY
Start: 06/27/2005    Stop: 07/11/2005
(08, 12, 18, 20)

**613208- 0    DR: KUMAR,REETIKA**
A & D OINTMENT 6G    1
APPLY DAILY TO DRY SKIN
RR
Start: 06/28/2005    Stop: 10/06/2005
(08, 12, 18, 20)

**NAME:** CALLEGARI, CARL    **CDC#:** E-42616    **HOUSE:** D6-118L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ 2µ6 _____ Year: 07

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | P Wilson | W |
| | | | | | | meta W | m |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

763894- 1      DR: RODRIGUES, R
PSYLLIUM POWDER 3.7GM        30     08
1 PAK DAILY IN 12OZ.WATER           12
RR
Start: 03/05/2007   Stop: 04/22/2007  18
                                      20

783100- 0      DR: RODRIGUES, R
TRIAMTERENE/HCTZ 37.5/25     30     08
TAKE 1 CAP DAILY                    12
AR
Start: 03/22/2007   Stop: 06/30/2007  18
                                      20

783101- 0      DR: RODRIGUES, R
SELENIUM SULFIDE LOT 2.5%   120     08
APPLY TO AFFECTED AREA              12
DAILY AS DIRECTED      RR
Start: 03/22/2007   Stop: 06/30/2007  18
                                      20

783102- 0      DR: RODRIGUES, R
D  ZEM CD 180MG             30     08
T  1 CAP DAILY                     12
AR
Start: 03/22/2007   Stop: 06/30/2007  18
                                      20

783104- 0      DR: RODRIGUES, R
HYDROCORTISONE CR 1% 30GM    30     08
APPLY DAILY TO AFFECTED            12
AREAS TWICE DAILY      RR
Start: 03/22/2007   Stop: 06/30/2007  18
                                      20

783165- 0      DR: RODRIGUES, R
COAL TAR SHAMPOO 1% 251ML   251     08
APPLY TO AFFECTED AREA             12
AS DIRECTED                        18
Start: 03/22/2007   Stop: 04/21/2007
                                      20

**NAME:** CALLEGARI, CARL        **CDC#:** E-42616        **HOUSE:** C8-219L



CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

## MEDICATION ADMINISTRATION RECORD

For the Month of: _____    Mar Year: 07

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Init |
|---|---|---|---|---|---|---|---|
| | | | | | | Pullman W | |
| | | | | | | | |
| | | | | | | | |

**783100- 1    DR: RODRIGUES, R**
TRIAMTERENE/HCTZ 37.5/25    30
TAKE 1 CAP DAILY
AR
Start: 04/21/2007  Stop: 06/30/2007

**783101- 0    DR: RODRIGUES, R**
SELENIUM SULFIDE LOT 2.5%    120
APPLY TO AFFECTED AREA
DAILY AS DIRECTED    RR
Start: 03/22/2007  Stop: 06/30/2007

Please Send all

**783102- 1    DR: RODRIGUES, R**
DILTIAZEM CD 180MG    30
TAKE 1 CAP DAILY
AR
Start: 04/21/2007  Stop: 06/30/2007

Carry med, was

**783104- 0    DR: RODRIGUES, R**
H   ORTISONE CR 1% 30GM    30
A   . DAILY TO AFFECTED
AREAS TWICE DAILY    RR
Start: 03/22/2007  Stop: 06/30/2007

Sent to Ad Seg

returned to pharmacy

**NAME:** CALLEGARI, CARL    **CDC#:** E-42616    **HOUSE:** C8-219L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ JUN -- 2007

Year: _____

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 783100- 2    DR: RODRIGUES, R<br>TRIAMTERENE/HCTZ 37.5/25    30<br>TAKE 1 CAP DAILY<br>AR<br>Start: 05/21/2007  Stop: 06/30/2007 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 783101- 1    DR: RODRIGUES, R<br>SELENIUM SULFIDE LOT 2.5%    120<br>APPLY TO AFFECTED AREA<br>DAILY AS DIRECTED    RR<br>Start: 05/14/2007  Stop: 06/30/2007 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 783104- 2    DR: RODRIGUES, R<br>HYDROCORTISONE CR 1% 30GM    30<br>APPLY DAILY TO AFFECTED<br>AREAS TWICE DAILY    RR<br>Start: 05/25/2007  Stop: 06/30/2007 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 800487- 0    DR: SID<br>D    ZEM CD 180MG    30<br>T    CAP EVERY DAY<br>AR<br>Start: 05/21/2007  Stop: 07/20/2007 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 800904- 0    DR: BOWMAN,ROBERT<br>PSYLLIUM POWDER 5.85GM    180<br>1 PAK IN 8 OZ. WATER<br>DAILY    RR<br>Start: 05/22/2007  Stop: 08/30/2007 | 08<br>12<br>18<br>20 | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*DC TRIAMTERENE/HCTZ 37.    0    E-42616
***** DISCONTINUED *****
***** DISCONTINUED *****
RX: 783100- 2 05/20/07 06/19/07

*DC SELENIUM SULFIDE LOT*    0    E-42616
***** DISCONTINUED *****
***** DISCONTINUED *****
RX: 783101- 3 06/19/07 06/19/07

*DC HYDROCORTISONE CR 1%*    0    E-42616
***** DISCONTINUED *****
***** DISCONTINUED *****
RX: 783104- 2 05/25/07 06/19/07

*DC DILTIAZEM CD 180MG*    0    E-42616
***** DISCONTINUED *****
***** DISCONTINUED *****
RX: 800487- 1 05/20/07 06/19/07

*DC PSYLLIUM POWDER 5.85*    0    E-42616
***** DISCONTINUED *****
***** DISCONTINUED *****
RX: 800904- 2 06/19/07 06/19/07

HYDROCORTISONE CR 1% 30GM  30    E-42616
AREA DAILY TO AFFECTED
AREA AS NEEDED  NO REFILL
RX: 486665- 0 06/19/07 07/19/07

SELENIUM SUL 2.5%  LOT  120    E-42616
USE 1 TWICE A WEEK AS
DIRECTED   RR
RX: 486660- 0 06/19/07 07/20/07

**NAME:** CALLEGARI, CARL          **CDC#:** E-42616          **HOUSE:** D1-103L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: July     Year: 2007

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | ADKINI | M |
| | | | | A-Bun | AB | Alex Oguati | |

**808601- 0    DR: BOWMAN,ROBERT**
HYDROCHLOROTHIAZIDE 25MG       30
TAKE 1 TAB DAILY
AR
Start: 06/19/2007    Stop: 09/27/2007

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**808602- 0    DR: BOWMAN,ROBERT**
DILTIAZEM CD 180MG       30
TAKE 1 CAP DAILY
AR
Start: 06/19/2007    Stop: 09/27/2007

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**808603- 0    DR: BOWMAN,ROBERT**
SELENIUM SUL LOT2.5%  118       118
USE 3 TIMES A WEEK AS
DIRECTED    RR
Start: 06/19/2007    Stop: 09/27/2007

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | AB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**80___-0    DR: BOWMAN,ROBERT**
P___UM POWDER 5.85GM       180
1 PAK DAILY IN 12OZ.WATER
RR
Start: 06/19/2007    Stop: 09/27/2007

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**808605- 0    DR: BOWMAN,ROBERT**
HYDROCORTISONE CR 1% 30GM       30
APPLY DAILY TO AFFECTED
AREA AS NEEDED  NO REFILL
Start: 06/19/2007    Stop: 07/19/2007

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**PSYLLIUM POWDER 5.85GM    180    E-42616**
1 PAK DAILY IN 8OZ.WATER
DAILY                RR
RX: 812119- 0 07/02/07 09/30/07

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | AB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**TOLNAFTATE CR 1% 30GM    30    E-42616**
APPLY TO AFFECTED AREAS
TWICE DAILY FOR 30 DAYS
RX: 813188- 0 07/05/07 08/04/07

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NAME:** CALLEGARI, CARL       **CDC#:** E-42616       **HOUSE:** D1-103L



CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ N̄S̄V̄r̄    Year: 2003

| NAME OF RN/MTA | Initial | | NAME OF RN/MTA | Initial | | NAME OF RN/MTA | Initial | | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|---|---|---|

---

**482570- 1     DR: HAFFNER, G**
DOCUSATE SODIUM 250MG          30
1 CAP TWICE A DAY
        RR
Start: 10/20/2003   Stop: 01/04/2004

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**482572- 1     DR: HAFFNER, G**
PSYLLIUM POWDER 3.7GM          20
1 PAK IN 12OZ. WATER
ONCE A DAY        RR
Start: 10/20/2003   Stop: 01/04/2004

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**482573- 1     DR: HAFFNER, G**
MILK OF MAGNESIA 360ML          1
30CC TWICE A DAY AS
NEEDED FOR CONSTIPATION
Start: 10/20/2003   Stop: 01/04/2004

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**482574- 1     DR: HAFFNER, G**
C̄ ̄AR SHAMPOO 1%          1
U.. .NICE A WEEK
        RR
Start: 10/20/2003   Stop: 01/04/2004

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**CHLORPHENIRAMINE 4MG          15     E-42616**
1 TAB 3 TIMES A DAY FOR
5 DAYS
RX: 485076-

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | S | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | t | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | O | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | D | | | | | | | | | | | | | | | | | | | | |

---

**ACETAMINOPHEN 325MG          UD 30     E-42616**
2 TABS 3 TIMES A DAY FOR
5 DAYS
RX: 485074-

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | S | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | t | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | c | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | p | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**NAME:** CALLEGARI, CARL          **CDC#:** E-42616          **HOUSE:** C8-226L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____  Dec  Year: 03

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | Urena, E., MTA | ⟵ | Unknown – Su | | | |
| | | | | | | | |
| | | | | | | | |

---

482570- 4    DR: HAFFNER, G
DOCUSATE SODIUM 250MG    30
1 CAP TWICE A DAY
RR
Start: 11/22/2003    Stop: 01/04/2004

08 / 12 / 18 / 20

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Su order below*

---

482572- 4    DR: HAFFNER, G
PSYLLIUM POWDER 3.7GM    20
1 PAK IN 12OZ. WATER
ONCE A DAY    RR
Start: 11/22/2003    Stop: 01/04/2004

08 / 12 / 18 / 20

*Su (order) below*

---

482573- 4    DR: HAFFNER, G
MILK OF MAGNESIA 360ML    1
30CC TWICE A DAY AS
NEEDED FOR CONSTIPATION
Start: 11/22/2003    Stop: 01/04/2004

08 / 12 / 18 / 20

*Su order below*

---

482574- 4    DR: HAFFNER, G
COAL TAR SHAMPOO 1%    1
USE TWICE A WEEK
RR
Start: 11/22/2003    Stop: 01/04/2004

08 / 12 / 18 / 20

*Su order below*

---

DYAZIDE

08

PSYLLIUM POWDER 3.7GM    20    E-42616
1 PAK IN 12OZ. WATER
ONCE A DAY    RR
RX: 494472- 0 12/04/03 03/03/04

---

DOCUSATE SODIUM 250MG    50    E-42616
1 CAP TWICE A DAY    RR
RX: 494471- 0 12/04/03 03/03/04

---

COAL TAR SHAMPOO 1%    1    E-42616
SHAMPOO HAIR TWICE A WEEK    RR
RX: 494474- 0 12/04/03 03/03/04

---

MILK OF MAGNESIA 360ML    1    E-42616
30CC TWICE A DAY AS
NEEDED FOR CONSTIPATION    RR
RX: 494473- 0 12/04/03 03/03/04

12 / 18 / 20

---

**NAME:** CALLEGARI, CARL    **CDC#:** E-42616    **HOUSE:** C8-226L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _August_    Year: _04_

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

---

**527958- 2    DR: GIBBS, RANDOLPH**
TRIAMTERENE/HCTZ 37.5/25    28
1 CAP DAILY
                AR
Start: 07/16/2004    Stop: 08/13/2004

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | 7 | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**540105- 0    DR: GRILLO**
MILK OF MAGNESIA 360ML    1
30CC DAILY
RR
Start: 07/21/2004    Stop: 08/20/2004

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | 7 | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | 30cc | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

01-207

**NAME:** CALLEGARI, CARL    **CDC#:** E-42616    **HOUSE:** D8-232L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ JAN    Year: 2004

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
|  |  | *Urena, E., MTA* | Euren |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**494148- 0    DR: HAFFNER, G**
TRIAMTERENE/HCTZ 37.5/25      28
1 CAP DAILY
             AR
Start: 12/03/2003   Stop: 12/31/2003
(08, 12, 18, 20)

**494148- 1    DR: HAFFNER, G**
TRIAMTERENE/HCTZ 37.5/25      28
1 CAP DAILY
             AR
Start: 12/31/2003   Stop: 02/25/2004
(08, 12, 18, 20)

**494471- 0    DR: HAFFNER, G**
DOCUSATE SODIUM 250MG         30
1 CAP TWICE A DAY
             RR
Start: 12/04/2003   Stop: 03/03/2004
(08, 12, 18, 20)

**494472- 2    DR: HAFFNER, G**
   UM POWDER 3.7GM            20
   IN 12OZ. WATER
ONCE A DAY         RR
Start: 12/21/2003   Stop: 03/03/2004
(08, 12, 18, 20)

**494473- 2    DR: HAFFNER, G**
MILK OF MAGNESIA 360ML         1
30CC TWICE A DAY AS
NEEDED FOR CONSTIPATION
Start: 12/21/2003   Stop: 03/03/2004
(08, 12, 18, 20)

**494474- 1    DR: HAFFNER, G**
COAL TAR SHAMPOO 1%            1
SHAMPOO HAIR TWICE A WEEK
             RR
Start: 12/21/2003   Stop: 03/03/2004
(08, 12, 18, 20)

**NAME:** CALLEGARI, CARL      **CDC#:** E-42616    **HOUSE:** C8-226L



CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ JUNE    Year: 04

| NAME OF RN/MTA | Initial | | NAME OF RN/MTA | Initial | | NAME OF RN/MTA | Initial | | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|---|---|---|
| Carolyn Vogel-Pace LVN | CVP | | | | | Johnson LVN | SJ | | Scott | |
| | | | | | | | | | Sullivan | W |
| | | | | | | | | | Ring T. | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 511873- 5    DR: GIBBS, RANDOLPH | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MILK OF MAGNESIA 360ML    1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 30CC DAILY | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RR | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 05/24/2004    Stop: 06/07/2004 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 511876- 2    DR: GIBBS, RANDOLPH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COAL TAR SHAMPOO 1%    1 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SHAMPOO ONCE DAILY | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 04/22/2004    Stop: 06/07/2004 | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 527957- 0    DR: GIBBS, RANDOLPH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A & D OINTMENT 6G    1 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APPLY TO AFFECTED AREA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DAILY    RR | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 05/21/2004    Stop: 06/20/2004 | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 527958- 0    DR: GIBBS, RANDOLPH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ...ERENE/HCTZ 37.5/25    28 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ... DAILY | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AR | | | | | | | | | | | | | | | | | ✓ | | | | | | | | | | | | | | | |
| Start: 05/21/2004    Stop: 08/13/2004 | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 527960- 0    DR: GIBBS, RANDOLPH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MULTIVITAMINS    30 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 TAB DAILY | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RR | | | | | | | | | | | | | | | | | ✓ | | | | | | | | | | | | | | | |
| Start: 05/21/2004    Stop: 07/20/2004 | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 527961- 0    DR: GIBBS, RANDOLPH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PSYLLIUM POWDER 3.7GM    20 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 PAK IN 12OZ. WATER | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ONCE A DAY    RR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 05/21/2004    Stop: 07/20/2004 | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A & D OINTMENT 6G    1    R-47616 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APPLY TO AFFECTED AREA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DAILY    RR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 527957 0 06/14/04 07/14/04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | ✓ | | | | | | | | | | W | | | | | |

| | | | | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COAL TAR SHAMPOO 1%    E-47616 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SHAMPOO DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 527774 0 06/08/04 07/08/04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | | | | | | | ✓ | | | | | | | | | | | | | | |

**NAME:** CALLEGARI, CARL          **CDC#:** E-42616          **HOUSE:** C8-226L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of:_____ Year:_____

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | Tanya Atencio-Jones LVN | | | |
| | | | | | | Urciel Joseph lun | dro |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 511873- 4     DR: GIBBS, RANDOLPH<br>MILK OF MAGNESIA 360ML        1<br>30CC DAILY<br>        RR<br>Start: 04/22/2004  Stop: 06/07/2004 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 511874- 3     DR: GIBBS, RANDOLPH<br>PSYLLIUM POWDER 3.7GM        20<br>1 PAK IN 12OZ. WATER<br>ONCE A DAY    RR<br>Start: 04/22/2004  Stop: 06/07/2004 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 511875- 1     DR: GIBBS, RANDOLPH<br>TRIAMTERENE/HCTZ 37.5/25        28<br>1 CAP DAILY<br>        AR<br>Start: 04/06/2004  Stop: 06/01/2004 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 511876- 2     DR: GIBBS, RANDOLPH<br>    TAR SHAMPOO 1%        1<br>    OO ONCE DAILY<br>        RR<br>Start: 04/22/2004  Stop: 06/07/2004 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 513866- 2     DR: GIBBS, RANDOLPH<br>A & D OINTMENT 6G        1<br>APPLY DAILY<br>RR<br>Start: 04/22/2004  Stop: 05/17/2004 | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MULTIVITAMINS        30<br>1 TAB DAILY<br>        RR<br>RX: 579968- 2 04/22/04 05/03/04 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 08<br>12<br>18<br>20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NAME:** CALLEGARI, CARL        **CDC#:** E-42616        **HOUSE:** C8-226L



CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _July_    Year _2004_

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | _Carolum Vogel-Pace LVN_ | _Cv-p_ |
| | | | | | | | |

---

**527958  1    DR: GIBBS, RANDOLPH**
TRIAMTERENE/HCTZ 37.5/25      28
1 CAP DAILY
AR
Start: 06/18/2004   Stop: 08/13/2004

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | 𝑚𝑣 | | | | | | | | | | | | | | | 𝑚 | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**527960- 1    DR: GIBBS, RANDOLPH**
MULTIVITAMINS            30
1 TAB DAILY
RR
Start: 06/17/2004   Stop: 07/20/2004

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | 𝑅𝑅 | | | | | | | 𝑚𝑡 | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**527961- 1    DR: GIBBS, RANDOLPH**
PSYLLIUM POWDER 3.7GM      20
1 PAK IN 12OZ. WATER
ONCE A DAY       RR
Start: 06/01/2004   Stop: 07/20/2004

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | 𝑅𝑅 | | | | | | | 𝑚𝑣 | | | | | | 𝑅𝑅 | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**527?74- 1    DR: GIBBS, RANDOLPH**
? MAGNESIA 360ML        1
?AILY AS NEEDED
RR
Start: 06/22/2004   Stop: 07/14/2004

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | 𝑅𝑅 | | | | | | | 𝑚𝑣 | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**532279- 0    DR: GIBBS, RANDOLPH**
COAL TAR SHAMPOO 1%        1
SHAMPOO DAILY
RR
Start: 06/14/2004   Stop: 07/14/2004

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | 𝑚𝑣 | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**532280- 1    DR: GIBBS, RANDOLPH**
A & D OINTMENT 6G         1
APPLY TO AFFECTED AREA
DAILY        RR
Start: 06/28/2004   Stop: 07/14/2004

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | 𝑚𝑣 | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**RM: D8-232L**
**CALLEGARI, CARL    E-42616**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**MILK OF MAGNESIA 360ML    1    E-42616**
30CC DAILY
RR
RX: 540105- 0 07/21/04 08/20/04  0

| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**NAME:** CALLEGARI, CARL    **CDC#:** E-42616    **HOUSE:** D8-232

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ Oct _____ Year: _04_

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|

17Nxp ns CW/ CH                                    Ben J. Gustin RN

| | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| 546591- 3    DR: PISTONE,J<br>MILK OF MAGNESIA 360ML        1    08<br>30CC AT BEDTIME W/H2O           12<br>RR                             18<br>Start: 09/27/2004   Stop: 10/22/2004    20 | See<br>Geli |
| 546592- 2    DR: PISTONE,J<br>COAL TAR SHAMPOO 1%            1    08<br>USE 2 TIMES WEEKLY             12<br>RR                             18<br>Start: 09/20/2004   Stop: 10/22/2004    20 | |
| 546593- 2    DR: PISTONE,J<br>A & D OINTMENT 6G             1    08<br>APPLY SPARINGLY TO DRY         12<br>ITCH      RR                   18<br>Start: 09/20/2004   Stop: 10/22/2004    20 | |
| 546594- 2    DR: PISTONE,J<br>P      UM POWDER 3.7GM       20    08<br>1      DAILY IN 12OZ.WATER      12<br>          RR                   18<br>Start: 09/20/2004   Stop: 10/22/2004    20 | |
| 552296- 0    DR: GRILLO<br>TRIAMTERENE/HCTZ 37.5/25      28    08<br>1 CAP DAILY                    12<br>AR                             18<br>Start: 09/23/2004   Stop: 01/01/2005    20 | |

---

**NAME:** CALLEGARI, CARL        **CDC#:** E-42616        **HOUSE:** D1-207L



CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

## MEDICATION ADMINISTRATION RECORD

For the Month of: _Dec_   Year _04_

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| Hopkins LVN | CTH | | | | | | |

| TRIAMTERENE/HCTZ 37.5/25   2B   E-42616 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

1 CAP DAILY
AM
RX: 557588- 2 12/13/04 01/26/05

| 557589- 2   DR: CORDERO, REYNAL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| COAL TAR SHAMPOO 1%   1   08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| USE 2 TIMES WEEKLY   12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RR   18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 11/29/2004   Stop: 01/26/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 557591- 3   DR: CORDERO, REYNAL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| MILK OF MAGNESIA 360ML   1   08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 30CC DAILY AS NEEDED FOR   12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CONSTIPATION   RR   18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 11/29/2004   Stop: 01/26/2005   20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 5.   - 2   DR: CORDERO, REYNAL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| A & D OINTMENT 6G   1   08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APPLY TO AFFECTED AREAS   12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ONCE A DAY   RR   18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 11/23/2004   Stop: 01/26/2005   20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 557597- 2   DR: CORDERO, REYNAL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| PSYLLIUM POWDER 3.7GM   20   08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 PAK DAILY IN 12OZ.WATER   12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 11/18/2004   Stop: 01/26/2005   18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 565087- 0   DR: NANDURI,R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| INFLUENZA VIRUS VAC 0.5CC   0   08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0.5ML IM 1DOSE   12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *** DOT ***   18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 11/23/2004   Stop: 12/03/2004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NAME:** CALLEGARI, CARL       **CDC#:** E-42616       **HOUSE:** D6-118L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _Oct_          Year: _5_

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | _un_ | ✓ | | |
| | | | | | | | |
| | | | | | | | |

---

**613208- 4    DR: KUMAR,REETIKA**
A & D OINTMENT 6G          1
APPLY DAILY TO DRY SKIN
RR
Start: 09/09/2005    Stop: 10/06/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**623187- 3    DR: ADYA, NAVNEET**
DILTIAZEM CD 180MG          14
1 CAP DAILY
AR
Start: 09/20/2005    Stop: 11/17/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | ~ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**623189- 3    DR: ADYA, NAVNEET**
TRIAMTERENE/HCTZ 37.5/25          14
1 CAP EVERY DAILY
AR
Start: 09/20/2005    Stop: 11/17/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | ~ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**190- 1    DR: ADYA, NAVNEET**
TAR SHAMPOO 1%          1
USE TWICE WEEKLY TO SCALP
RR
Start: 09/12/2005    Stop: 11/17/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | ~ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**623191- 1    DR: ADYA, NAVNEET**
PSYLLIUM POWDER 3.7GM          20
1 PAK IN 12OZ. WATER
ONCE A DAY          RR
Start: 09/09/2005    Stop: 11/17/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | ~ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**623192- 0    DR: ADYA, NAVNEET**
HYDROCORTISONE CR 0.5%          1
APPLY TO FACE DAILY AS
NEEDED          RR
Start: 08/09/2005    Stop: 11/17/2005

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | ~ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

I, CARL          **CDC#:** E-42616          **HOUSE:** C8-225L

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: NOV    Year: 05

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|

**623187- 5    DR: ADYA, NAVNEET**
DILTIAZEM CD 180MG          14
1 CAP DAILY
AR
Start: 10/18/2005    Stop: 11/01/2005

**623187- 6    DR: ADYA, NAVNEET**
DILTIAZEM CD 180MG          14
1 CAP DAILY
AR
Start: 11/01/2005    Stop: 11/17/2005

**623189- 5    DR: ADYA, NAVNEET**
TRIAMTERENE/HCTZ 37.5/25    14
1 CAP EVERY DAILY
AR
Start: 10/18/2005    Stop: 11/01/2005

**623189- 6    DR: ADYA, NAVNEET**
T   TERENE/HCTZ 37.5/25    14
1   EVERY DAILY
AR
Start: 11/01/2005    Stop: 11/17/2005

**623190- 3    DR: ADYA, NAVNEET**
COAL TAR SHAMPOO 1%          1
USE TWICE WEEKLY TO SCALP
RR
Start: 10/25/2005    Stop: 11/17/2005

**623191- 3    DR: ADYA, NAVNEET**
PSYLLIUM POWDER 3.7GM        20
1 PAK IN 12OZ. WATER
ONCE A DAY      RR
Start: 10/25/2005    Stop: 11/17/2005

**623192- 1    DR: ADYA, NAVNEET**
HYDROCORTISONE CR 0.5%       1
APPLY TO FACE DAILY AS
NEEDED          RR
Start: 10/03/2005    Stop: 11/17/2005

DILTIAZEM CD 180MG          1A    E-42616
1 CAP DAILY
AP
RX: 649193- 0 11/18/05 12/15/05

**NAME:** CALLEGARI, CARL    **CDC#:** E-42616    **HOUSE:** C8-225L

Here your Honor is The
Dom stating the MAXimum time
Is a 150 calendar days processing
Time has been set. i started the
Appeal Nov,4,07,!
And also the 3rd level has 60
working days

# EXHIBIT D

defined by CCR (15) 3383. Upon termination of this state of emergency, the appeal processing time frames shall be resumed, and that information shall be noted in the CDC Form 602 appeal response (Fed. St. 40.7[e]).

Logistics prevent personal hand-to-hand delivery of appeal packages by appeals coordinators. Consequently, mailing systems must be utilized. Third level decisions must utilize the USPS. Due to the above realities the requirement of a maximum 150 calendar days processing time has been set. Exceptions are those cases that contain exceptional delays and emergency appeal situations. (See DOM 54100.17).

### 54100.13    Referral for Review

After logging the appeal, the appeals coordinator shall assign the appeal to the appropriate supervisory staff member for first or second level review. The first level decision shall be reviewed and signed by the appropriate division/department head. The second level decision shall be reviewed and signed by the Warden, RPA, or designee.

An appeal shall not be referred to any staff member for action as an appeal reviewer who participated in the action, decision, or determination being appealed, but to another appropriate person at the same or next higher level. This does not preclude the Warden or RPA who participated in the action or decision being appealed from reevaluating and changing or modifying that action or decision at the second level of review.

### 54100.14    Interviews

Because many people have difficulty in expressing themselves in writing, a face-to-face interview with the inmate or parolee shall be conducted at the first level of review. Additional interviews shall be conducted at second and third levels when it ...

...ed responses shall be completed within 60 working...

...ception is authorized in the event of:

... unavailability of the appellant, or staff or inmate witnesses.

... Complexity of the decision, action, or policy.

... Necessary involvement of other agencies or jurisdictions.

(6) Except for the third formal level, if an exceptional delay prevents completion of the review within specified time limits, the ... shall be informed in writing of the reasons for the delay ... estimated completion date.

...inmate or parolee response. An appellant must submit the ... within 15 working days of the event or decision being ...led, or of receiving an unacceptable lower level appeal ...

...ority cited: section 5058, Penal Code. Reference: Sections ... Penal Code; Sections 19572, 19583.5 and 19635, ... and Brown v. State Personnel Board (1985, 3d ... App 3d 1151, 213 Cal Rptr 53.

1. New ... filed 5-18-89 as an emergency; operative 5-18-89 (Register 89, No. 21). A Certificate of Compliance must be transmitted to OAL within 120 days or emergency language will be repealed on 9-15-89.

2. Certificate of Compliance as to 5-18-89 order including amendment of subsection (b) transmitted to OAL 9-7-89 and filed 10-10-89 (Register 89, No. 41).

3. Amendment of subsections (b)(1)-(5), repealer and new subsection (b)(6)(D), amendment of subsections (b)(7) and (c), and repealer of subsections (c)(1) and (c)(2) filed 12-23-96 as an emergency; operative 12-23-96 (Register 96, No. 52). Pursuant to Penal Code section 5058(e), a Certificate of Compliance must be transmitted to OAL by 6-2-97, or emergency language will be repealed by operation of law on the following day.

4. Amendment of subsections (b)(1)-(5), repealer and new subsection (b)(6)(D), amendment of subsections (b)(7) and (c), and repealer of subsection (c)(1) and (c)(2) refiled 5-29-97 as an emergency; operative 6-2-97 (Register 97, No. 22). A Certificate of Compliance must be transmitted to OAL by 9-30-97 or emergency language will be repealed by operation of law on the following day.

5. Editorial correction of History 4 (Register 97, No. 24).

6. Certificate of Compliance as to 5-29-97 order, including amendment, transmitted to OAL 9-25-97 and filed 11-7-97 (Register 97, No. 45).

**3084.7. Exceptions to the Regular Appeals Process.**

(a) Emergency Appeals. Usual time limits for staff response shall not apply to emergency appeals, which shall be resolved in the shortest practical time.

(1) When circumstances are such that the regular appeal time limits may result in a threat to the appellant's safety or cause other serious and irreparable harm, the appeal shall be processed as an emergency appeal. Such circumstances include, but are not limited to:

(A) Need for protective custody.

(B) Decision was made to transfer the appellant to an institution housing an enemy.

(C) The appellant was scheduled for parole within 15 calendar days and is appealing a serious disciplinary action resulting in ... affecting the release date.

... appeal shall be submitted directly to the appeals coordinator ... include substantiation of circumstances warranting emergency processing of the appeal.

... appeals coordinator determines emergency processing is ... the inmate shall be notified and the appeal shall be processed in the regular appeal.

(B) If emergency processing is warranted, the informal level shall be waived and the second level review shall be completed within five working days.

(C) If dissatisfied with the second level response, the appellant may resubmit the appeal to the appeals coordinator who shall telefax it to the chief, inmate appeals, for a third level review which shall be completed within five working days.

(b) Disciplinary Appeals.

(1) A second level review shall constitute the department's final action on appeals of disciplinary actions classified as "administrative" pursuant to section 3314, and Custodial Counseling Chronos, CDC Form 128-A (rev. 4-74), documenting minor disciplinary infractions pursuant to section 3312(b).

(2) Appeals of disciplinary actions classified as "serious" pursuant to section 3315, where credit loss is a sanction, may be appealed through the third level. Within 15 working days of receipt of the department's third level denial of a disciplinary credit loss appeal, the appellant may demand a Board of Prison Terms review. The appellant shall submit the written demand for such review, with a copy of the department's final decision, to the institution's classification and parole representative or the parole region's appeals coordinator who shall within five working days forward the material to the Board.

(c) Combined Disciplinary and Parole Rescission Hearing Appeals.

(1) When the outcome of a pending disciplinary hearing may impact a Board of Prison Terms' parole rescission hearing on the same individual, a combined hearing may be held wherein the evidence is considered by both departmental and Board staff in arriving at their separate decisions.

(2) When any aspect of a combined disciplinary and parole rescission hearing is appealed, first and second level review shall be waived. The appeal shall be forwarded to the chief, inmate appeals, for a combined review by the department and the Board of Prison Terms.

(d) Transfer Appeals. A decision for transfer to another institution may be appealed by the affected inmate after endorsement by the classification staff representative.

(1) Filing of an appeal of a transfer decision shall not normally be cause to stay or delay a transfer.

(2) Regular transfer appeals:

(A) Informal and first level of appeal shall be waived.

(B) If the appeal is granted at second level, the appellant's case shall be presented to a second classification staff representative for reconsideration.

(C) If the second classification staff representative disagrees with second level appeal response, the institution head may submit the case to the departmental review board for final decision.

(D) If the appeal is denied at second level or the institution head does not refer the case to the departmental review board, the appellant may appeal at the third level.

(3) Reception center transfer appeals:

(A) The informal level shall be waived.

(B) First level review shall be conducted by the reception center's correctional administrator.

(C) If the appeal is granted, the appellant may be retained at the reception center until the case is presented to a second classification staff representative for reconsideration.

(D) If the second classification staff representative disagrees with the first level appeal decision, the appellant may resubmit the appeal for second level review.

(f) Interview requirements. A personal interview shall be conducted with the appellant at the first level of review unless:

(1) First level was waived. In such case a personal interview shall be conducted with the appellant at the second level.

(2) The reviewer has decided, before interviewing the appellant, to grant the appeal.

(3) The appellant is not present at the institution where the appeal was filed. In such case, a telephone interview with the appellant shall meet the interview requirement.

(A) If the appeal concerns a disciplinary action, the telephone interview may be waived if the appeals coordinator determines an interview would not provide additional facts.

(B) If the appellant is not available for telephone interview, the reviewers shall request the caseworker in the jurisdiction where the appellant is located to complete the interview and provide a written report.

(g) Written response. At each level of review not waived, the original appeal shall be returned to the appellant with a written response stating the appeal issue and reasons for the decision.

(h) Disciplinary appeals. When procedural or due process requirements provided inmates in disciplinary proceedings have been violated, one of the following remedies shall be considered:

(1) The original disposition shall be vacated and the charges dismissed if the reviewer determines that the findings of the disciplinary hearing were not supported by the evidence presented at the hearing and any of the following circumstances are evident:

(A) The charge was based on information later determined to be false or unsubstantiated.

(B) A new hearing would not likely produce additional information.

(C) Elapsed time makes it unlikely the accused can present an adequate defense.

(D) Witnesses whose absence would prevent the accused from presenting an adequate defense are no longer available.

(2) The original disposition shall be vacated and a new hearing ordered if the reviewer determines that any of the following requirements were not met:

(A) The accused was not given copies of required documents within specified time limits before the hearing and did not waive the time limits.

(B) The charges were based on confidential information and the accused was not given a copy of the CDC Form 1030 (Rev. 12/86), Confidential Information Disclosure.

(C) Confidential information was used and the disciplinary findings did not address the reliability of the source and the validity of the information.

(D) The accused was denied witnesses, or when security was an issue, denied statements of witnesses, which would, in the opinion of the reviewer, have contributed significant information.

(E) The accused was not allowed to speak or present documentation in their own defense.

(F) The accused was not assigned a staff assistant or interpreter if required.

(G) An investigative employee was not assigned if required, or if assigned, the investigative employee did not adequately perform their task and it appears that such an investigation would have assisted the accused or hearing officials.

(3) When a disciplinary charge is ordered reheard, a new CDC Form 115 shall be written and processed. The disciplinary time constraints shall begin on the date the new CDC Form 115 is written except when an inmate is being returned to a facility for a disciplinary rehearing, the time constraints shall begin upon the inmate's return to that facility.

(i) Delay in Disposition. An administrator may delay for up to 90 days the implementation of a decision affecting an appellant when such delay will not threaten institution security, the safety of any person, or create a serious operational problem.

NOTE: Authority cited: section 5058, Penal Code. Reference: Sections 832.5 and 5054, Penal Code; Americans With Disabilities Act, Public Law 101-336, July 26, 1990, 104 Stat. 328; and Section 35.107, Title 28, Code of Federal Regulations.

HISTORY:

1. New section filed 5-18-89 as an emergency; operative 5-18-89 (Register 89, No. 21). A Certificate of Compliance must be transmitted to OAL within 120 days or emergency language will be repealed on 9-15-89. For prior history, see section 3005(a) and (b).

2. Certificate of Compliance as to 5-18-89 order including amendment of subsections (a) and (g) transmitted to OAL 9-7-89 and filed 10-10-89 (Register 89, No. 41).

3. New subsection (a)(3)(F), amendment of subsection (b), new subsections (g) and (h), and relettering of subsection (g) to (i) filed 5-6-92 as an emergency; operative 5-6-92 (Register 92, No. 19). A Certificate of Compliance must be transmitted to OAL 9-3-92 or emergency language will be repealed by operation of law on the following day.

4. Certificate of Compliance as to 5-6-92 order transmitted to OAL 8-31-92 and filed 10-7-92 (Register 92, No. 41).

5. New subsection (a)(3)(G) filed 2-1-93 as an emergency; operative 2-1-93 (Register 93, No. 6). A Certificate of Compliance must be transmitted to OAL 6-1-93 or emergency language will be repealed by operation of law on the following day.

6. Certificate of Compliance as to 2-1-93 order transmitted to OAL 5-20-93 and filed 6-8-93 (Register 93, No. 24).

7. New subsection (a)(3)(H) and amendment of Note filed 4-7-95 as an emergency pursuant to Penal Code section 5058; operative 4-7-95 (Register 95, No. 14). A Certificate of Compliance must be transmitted to OAL by 9-14-95 or emergency language will be repealed by operation of law on the following day.

8. New subsection (b)(4) filed 5-5-95; operative 6-5-95 (Register 95, No. 18).

9. Certificate of Compliance as to 4-7-95 order transmitted to OAL 6-26-95 and filed 7-25-95 (Register 95, No. 30).

10. Amendment of subsections (c), (d) and (e)(1) filed 12-23-96 as an emergency; operative 12-23-96 (Register 96, No. 52). Pursuant to Penal Code section 5058(e), a Certificate of Compliance must be transmitted to OAL by 6-2-97, or emergency language will be repealed by operation of law on the following day.

11. Amendment of subsections (c), (d) and (e)(1) refiled 5-29-97 as an emergency; operative 6-2-97 (Register 97, No. 22). A Certificate of Compliance must be transmitted to OAL by 9-30-97 or emergency language will be repealed by operation of law on the following day.

12. Editorial correction of History 11 (Register 97, No. 24).

13. Certificate of Compliance as to 5-29-97 order transmitted to OAL 9-25-97 and filed 11-7-97 (Register 97, No. 45).

**3084.6. Appeal Time Limits.**

(a) Commencement. Time limits for submitting or reviewing appeals shall commence upon the date of receipt of the appeal document by the appeals coordinator or the appellant.

(b) Departmental response. Appeals shall be responded to and returned to the appellant by staff within the following time limits:

(1) Informal level responses shall be completed within ten working days.

(2) First level responses shall be completed within 30 working days.

(3) Second level responses shall be completed within 20 working days, or 30 working days if first level is waived pursuant to section 3084.5(a)(3).

Case 4:08-cv-02420-CW    Document 1-2    Filed 05/12/2008    Page 39 of 39

CARL LEE CALLEANRE-E-42616
Salinas Valley State Prison
P.O. Box 1050-D-7-219
Soledad, CA. 93960

STATE PRISON
GENERATED MAIL

LEGAL MAIL

Senior District Judge
Judge Henderson, The Hon E
United States District Court
for the Northern District of California
450 Golden Gate Ave
San Francisco, CA. 94102-3483

LEGAL MAIL

LEGAL MAIL