# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Carl Lee Callegari
Plaintiff

vs.

Charles D. Lee, M.D.
et al., defendants

C 08 2420 CW (PR)

ORIGINAL

## PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

Your Honor for all the reason that are set forth in this case! Medical treatment that is refuse to me and documents that have been destroy!! This all makes this case a very complex!!! Plaintiff requests that the court appoint counsel to represent me!

Thank you, your honor.

Dated 4-29-08

Carl Lee Callegari
Carl Lee Callegari