UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
08 MAY 12 AM 10: 30
RICHARD W. WIEKING
DISTRICT COURT
CALIFORNIA

**ORIGINAL**

CARL LEE CALLEGARI
Plaintiff
  VS.
CHARLES. D. LEE, M.D.
Et Al., Defendants

CV 08  2420

CW

(PR)

## Plaintiff motion for PRELIMINARY INJUNCTION

Pursuant to federal Rule of Civil Procedure 65(a) or (b) Plaintiff move this Court for a preliminary injunction for the REASON set forth below.

Your honor due to the facts that i was diagnos with Hepatitis A, B, C, in 2004 and i have not had any kind of medical treatment for this hepatitis! we don't know How much Damages has been causes And sense the Department of corrections refuse to give me medical treatment for my hepatitis all these years And claim! the doctors said They know nothing about my hepatitis! i ASK you your honor To grant my preliminary INJUNCTION And let me go to A outside doctor for medical treatment for my hepatitis! I do have the documents for my hepatitis SENSE 2004!  Thank you your honor  Carl lee Callegari
CARL LEE CALLEGARI

Dated- 4-28-2008