Your honor Judge Thelton E. Henderson

The reason I am writing you for your help is because this is a medical emergency and you your honor run and control the medical for Department of Corrections!

I Carl Lee Callegari was diagnos with hepatitis A,B,C, in 2004 and I never have had medical treatment for the hepatitis. And the doctors here at this prison say they know nothing about this hepatitis!

Your honor this is refuseing me medical treatment for years which mosts likely have cause me great harm. And this is criminal activity by destroying parts of my medical record about the hepatitis!

Your honor i have the health record documents about the hepatitis sense 2004! this is not a mistake on the Doctors part because i have not had medical treatment for the hepatitis for years

I ask you please your honor to come down on these Doctors here at this prison hard and hold an investigation on the matter at hand!

Thank you and i ask you to let me get outside treatment from a doctor because i don't trust these doctors they might try to harm me

Thank you very much your honor Carl lee Callegari

4-28-08, Carl Lee Callegari

Your Honor also i will send a Prisoner's In Forma Pauperis Application Real Soon!! I wanted to seal the envelope now to send to you

STATE OF CALIFORNIA
COUNTY OF MONTEREY



(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, **CARL LEE CALLEGARI**, declare under penalty of perjury that: I am the **Plaintiff** in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this **28** day of **April**, 20**08**, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) **Carl lee Callegari**
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, **Carl lee Callegari**, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On **April 28**, 20**08**, I served the foregoing: **1983 COMPLAINT UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT LAW SUIT**

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
Judge Thelton E. Henderson**

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

---

I declare under penalty of perjury that the foregoing is true and correct.

DATED: **April 28, 2008**

**Carl lee Callegari**
DECLARANT/PRISONER