FILED
08 MAY 29 PM 2: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARL LEE CALLEGARI

        Plaintiff,

vs.

CHARLES O. LEE, M.D. et al.,

        Defendant.

CASE NO. 08 - 420 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, CARL LEE CALLEGARI, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received.   (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   _____1973 farm labor_____
5   _____
6   _____

7   2.   Have you received, within the past twelve (12) months, any money from any of the
8   following sources:

9       a.   Business, Profession or            Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,         Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                      Yes ___ No ✓
14      d.   Pensions, annuities, or             Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,  Yes ___ No ✓
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                        Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5   _____
6   _____
7   5.   Do you own or are you buying a home?   Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ___ No ✓
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No ___ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No ___ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No ✓
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ _____ Utilities: _____
23  Food: $ _____ Clothing: _____
24  Charge Accounts:
25  Name of Account        Monthly Payment        Total Owed on This Acct.
26  _____             $ _____           $ _____
27  _____             $ _____           $ _____
28  _____             $ _____           $ _____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____Eastern District, NO. CIVS-01-0566FCDGGHP_____
10 McDonald v. Callegari_____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  May, 14, 2008                  Carl Lee Callegari
17       DATE                       SIGNATURE OF APPLICANT

1
2
3                                                  Case Number: _____
4
5
6
7
8
9
10                          CERTIFICATE OF FUNDS
11                                   IN
12                          PRISONER'S ACCOUNT
13
14   I certify that attached hereto is a true and correct copy of the prisoner's trust account
     statement showing transactions of **E42616 Callegari, Carl** for the last six months
15   at
16   SALINAS VALLEY STATE PRISON
     ACCOUNTING DEPARTMENT
17   P.O. BOX 1020                    [prisoner name]
     SOLEDAD, CA 93960-1020
                                                   where (s)he is confined.
18         [name of institution]
19       I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ **3.16** and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ **3.16**.
22
23   Dated: **5/28/08**                            **L. Macias**
24                                                 [Authorized officer of the institution]
25
26
27
28

```
REPORT ID: TS3030 .701                                          REPORT DATE: 05/28/08
                                                                PAGE NO:          1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         SALINAS VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: NOV. 01, 2007 THRU MAY  28, 2008

ACCOUNT NUMBER : E42616                      BED/CELL NUMBER: FDB7T2000000219L
ACCOUNT NAME   : CALLEGARI, CARL LEE            ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                    TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS    BALANCE
------  ----  -----------   --------   ----------  ---------   -----------    -------

11/01/2007    BEGINNING BALANCE                                                 0.00
11/06*VD54 INMATE PAYROL 1253P10/07                   9.08
                                                                                9.08
11/06 W214 FEDERAL FILIN 1266 EDS                                    1.82       7.26
11/06 W214 FEDERAL FILIN 1266 EDS                                    1.82       5.44
11/06 W214 FEDERAL FILIN 1266 EDS                                    1.82       3.62
11/06 W214 FEDERAL FILIN 1266 EDS                                    1.82       1.80
11/08 W515 COPY CHARGE   1301 MCOPY                                  0.60       1.20
11/20 W515 COPY CHARGE   1406 MCOPY                                  1.20       0.00
12/06*VD54 INMATE PAYROL 1493P11/07                   5.43                      5.43
12/06 W214 FEDERAL FILIN 1501 EDS                                    1.09       4.34
12/06 W214 FEDERAL FILIN 1501 EDS                                    1.09       3.25
12/06 W214 FEDERAL FILIN 1501 EDS                                    1.09       2.16
12/06 W214 FEDERAL FILIN 1501 EDS                                    1.09       1.07
     ACTIVITY FOR 2008
01/28 W536 COPAY CHARGE  1974 COPAY                                  1.07       0.00
03/06*VD54 INMATE PAYROL 2302 P2/08                   1.38                      1.38
03/06*VD54 INMATE PAYROL 2305 P1/08                   3.08                      4.46
03/06 W214 FEDERAL FILIN 2311 EDS                                    0.89       3.57
03/06 W214 FEDERAL FILIN 2311 EDS                                    0.89       2.68
03/06 W214 FEDERAL FILIN 2311 EDS                                    0.89       1.79
03/06 W214 FEDERAL FILIN 2311 EDS                                    0.89       0.90
03/13 W515 COPY CHARGE   2368 COPY                                   0.12       0.78
05/06*VD54 INMATE PAYROL 2815 P3/08                   1.41                      2.19
05/06*VD54 INMATE PAYROL 2821 P4/08                   1.19                      3.38
05/06 W214 FEDERAL FILIN 2830 EDS                                    0.52       2.86
05/06 W214 FEDERAL FILIN 2830 EDS                                    0.52       2.34
05/06 W214 FEDERAL FILIN 2830 EDS                                    0.52       1.82
05/06 W214 FEDERAL FILIN 2830 EDS                                    0.52       1.30

                              CURRENT HOLDS IN EFFECT
 DATE        HOLD
 PLACED      CODE         DESCRIPTION                  COMMENT        HOLD AMOUNT
----------   ----    ----------------------          -----------      -----------
05/09/2008   H109    LEGAL POSTAGE HOLD              2860 LPOST             1.65
05/27/2008   H118    LEGAL COPIES HOLD               3012 LCOPY            13.50
```

```
REPORT ID: TS3030 .701                                          REPORT DATE: 05/28/08
                                                                PAGE NO:           2
                         SALINAS VALLEY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 01, 2007 THRU MAY 28, 2008

ACCT: E42616         ACCT NAME: CALLEGARI, CARL LEE           ACCT TYPE: I


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/26/96                          CASE NUMBER: SC059799
COUNTY CODE:    SJ                                FINE AMOUNT: $   1,000.00

   DATE       TRANS.    DESCRIPTION                   TRANS. AMT.      BALANCE
   ----       ------    -----------                   -----------      -------

11/01/2007    BEGINNING BALANCE                                         861.93

11/06/07      VR54     RESTITUTION DEDUCTION-SUPPORT       10.08-       851.85
12/06/07      VR54     RESTITUTION DEDUCTION-SUPPORT        6.03-       845.82
03/06/08      VR54     RESTITUTION DEDUCTION-SUPPORT        1.53-       844.29
03/06/08      VR54     RESTITUTION DEDUCTION-SUPPORT        3.42-       840.87
05/06/08      VR54     RESTITUTION DEDUCTION-SUPPORT        1.56-       839.31
05/06/08      VR54     RESTITUTION DEDUCTION-SUPPORT        1.32-       837.99

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                             TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS      TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS      BALANCE      BALANCE    TO BE POSTED
  ---------     --------    -----------      -------      -------    ------------
     0.00         21.57        20.27           1.30        15.15          0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST  5/28/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY L. Macias  SVSP
   TRUST OFFICE

```
                                                                CURRENT
                                                               AVAILABLE
                                                                BALANCE
                                                               ---------

                                                                 13.85-
```

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, CARL LEE CALLEGARI, declare under penalty of perjury that: I am the PLAINTIFF in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 14 day of MAY, 2008, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) Carl lee Callegari
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Carl lee Callegari, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On MAY 14, 2008, I served the foregoing: 1983 Complaint

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

UNITED STATES District court for the NORTHERN

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: MAY 14, 2008

Carl lee Callegari
DECLARANT/PRISONER



STATE PRISON GENERATED MAIL

LEGAL MAIL

CARL LEE CALLEGARI-E-42616
Salinas Valley State Prison
P.O. Box 1050-D-7-219
Soledad, CA. 93960

OFFICE OF THE CLERK, U.S. District Court
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

RECEIVED
MAY 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA